Wendell Williams, et. al., Plaintiff(s)
vs.
Elan Corporations, Plc, et al, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171
APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Lars Eckman
Court Case No. 05-10413-JLT

PETER A. LAGORIO, L.O.
Ms. Lynda Carey
63 Atlantic Avenue
Boston, MA 02110

State of: __CALIFORNIA__ ) ss.
County of: __SAN DIEGO__ )

Name of Server: __JACK H. YOUNG__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the __16th__ day of __March__, 20__05__, at __8:00__ o'clock __A__ M

Place of Service: at __213 Avenida Cortez__, in __La Jolla, CA 92037__

Documents Served: the undersigned served the documents described as:
Summons; Class Action Complaint; Plaintiff's Certification of
Securities; Class Action Complaint; ADRS of Elan Corporation, plc
Purchased by Plaintiff Wendell Williams

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Lars Eckman

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of __SIR IERMAN ECKMAN__, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is __WIFE__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Brown__; Facial Hair __None__
Approx. Age __40__; Approx. Height __5'7"__; Approx. Weight __160 lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server    3/17/5 (Date)

Subscribed and sworn to before me this __17th__ day of __March__, 20__05__
Notary Public   (Commission Expires)
MCRD, San Diego CA

APS International, Ltd.
APS File #: 070839-0001

AUDREY S. MILLER
Commission # 1361332
Notary Public - California
San Diego County
My Comm. Expires Jul 14, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Wendell Williams, individually and on behalf of all others similarly situated,

v.

Elan Corporation, plc, G. Kelly Martin, Lars Eckman and Shane Cooke,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

05 10413 JLT

TO: (Name and address of Defendant)

LARS ECKMAN
213 Avenida Cortez
La Jolla, CA 92037

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter A. Lagorio, Esq.
Law Office of Peter A. Lagorio
63 Atlantic Ave
Boston MA 02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    MAR - 4 2005

CLERK                                           DATE



(By) DEPUTY CLERK