# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

-------------------------------------------------------------X

WENDELL WILLIAMS, Individually and on Behalf : 
of All Others Similarly Situated,                          :

                              :       05 CV 10413 (JLT)

                   Plaintiff,     :

                              :

        vs.                         :

                              :

ELAN CORP., PLC, G. KELLY MARTIN, LARS   :
ECKMAN, AND SHANE COOKE,         :

                              :

                Defendants.    :

                              :

-------------------------------------------------------------X

[Additional Caption Set Forth Below]

**MOTION OF THE CONUS FUND GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF PURSUANT TO § 21D(A)(3)(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND APPROVAL OF SELECTION OF LEAD COUNSEL**

{00004667.DOC ; 1}

```
------------------------------------------------------------X
                                                            :
SIDNEY D. FELDMAN FAMILY TRUST,                             :
Individually and on Behalf of :All Others Similarly         :
Situated,                                                   :
                                                            :
                        Plaintiff,                          :       05 CV 10481 (JLT)
                                                            :
              vs.                                           :
                                                            :
ELAN CORP., PLC, G. KELLY MARTIN, LARS                      :
ECKMAN, AND SHANE COOKE                                     :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

{00004667.DOC ; 1}

Movants The Conus Fund, LP; The Conus Fund (QP), LP; The Conus Fund Offshore, Ltd.; East Hudson Inc. (BVI); Steven & Julie Suran; and Gerald E. & Diane M. Harmon ("Movants" or the "Conus Fund Group"), through their undersigned counsel, hereby move this Court for an order: (i) consolidating for all purposes related actions filed against Elan Corp., PLC, G. Kelly Martin, Lars Eckman, and Shane Cooke for violations of the Securities Exchange Act of 1934 (the "Exchange Act"), pursuant to Rule 42 of the Federal Rules of Civil Procedure; (ii) appointing Movants as Lead Plaintiff on behalf of purchasers of Elan common stock, pursuant to Section 21D of the Exchange Act, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4, and (iii) approving Movants' selection of Lead Counsel.

The Motion is brought on the grounds that the actions filed against Elan Corp., PLC, G. Kelly Martin, Lars Eckman, and Shane Cooke are substantially identical because each alleges claims for violations of §§ 10(b) and 20(a) of the Exchange Act, 15 U.S.C. §§ 78j(b) and 78t(a), and SEC Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, based upon similar factual allegations against the same defendants. In addition, consolidation of these cases will promote efficiency.

The Motion is also made on the grounds that the Conus Fund Group believes it is the most adequate lead plaintiff, having suffered total estimated losses of $ 4,247,383.06. In addition, Movants meets the requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of class members' claims and they will fairly and adequately represent the Class.

The facts and law supporting the Motion are fully set forth in the accompanying

Memorandum of Law in Support of the Motion of the Conus Fund Group for Consolidation of Related Cases, Appointment as Lead Plaintiffs pursuant to § 21D of the Exchange Act, and Approval of Lead Plaintiffs' Choice of Lead Counsel.

Dated: May 3, 2005

Respectfully submitted,

**GILMAN AND PASTOR, LLP**

By: /s/ David Pastor
    David Pastor (BBO# 391000)
    60 State Street
    37th Floor
    Boston, MA  02109
    (617) 742-9700
    **Proposed Liaison Counsel**
    **For Plaintiffs and the Class**

    **STULL, STULL & BRODY**
    Jules Brody
    Aaron Brody
    Michael J. Klein
    6 East 45th Street
    New York, New York 10017
    (212) 687-7230

    **Proposed Lead Counsel For**
    **Plaintiffs and The Class**

{00004667.DOC ; 1}                     2