## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| WENDEL WILLIAMS, Individually and on Behalf Of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No:1:05-CV-10413-JLT |
| vs. | ) ) | |
| ELAN CORP., PLC et al., | ) ) | |
| Defendants. | ) ) | |

_____

| | | |
|---|---|---|
| SIDNEY D. FELDMAN FAMILY TRUST, Individually and on Behalf Of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No:1:05-CV-10481-JLT |
| ELAN CORP., PLC et al., | ) ) | |
| Defendants. | ) ) | |

_____

## PLAINTIFF WILLIAM HADDAD'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL

Plaintiff Class member William Haddad ("Haddad" or the "Movant") hereby moves this court for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Movant as the Lead Plaintiff in the Actions; (iii) approving Movant's selection of Bull & Lifshitz, LLP and Shapiro Haber & Urmy LLP to serve as Lead and Liaison Counsel, respectively, for the Class, and (iv) grant any other such relief as the Court may deem just and proper.

The Motion is based on the accompanying memorandum of law, the Declaration

of Theodore M. Hess-Mahan, the pleadings, and such other written or oral argument as

may be permitted by the Court.

**Dated** this 3rd day of May, 2005.


                                        **/s/Theodore M. Hess-Mahan**
                                        SHAPIRO HABER & URMY LLP
                                        Thomas G. Shapiro BBO #454680
                                        Theodore M. HessMahan BBO #557109
                                        53 State Street
                                        Boston, Massachusetts 02109
                                        Telephone: (617) 439-3939
                                        Facsimile: (617) 439-0134


OF COUNSEL

BULL & LIFSHITZ, LLP
Peter D. Bull
Joshua M. Lifshitz
18 East 41st Street
New York, New York 10017
Telephone: (212) 213-6222
Fax: (212) 213-9405

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

| | |
|---|---|
| WENDEL WILLIAMS, Individually and on Behalf ) <br> Of All Others Similarly Situated, ) <br> ) <br>       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ELAN CORP., PLC et al., ) <br> ) <br>       Defendants. ) <br> _____) | Case No:1:05-CV-10413-JLT |
| SIDNEY D. FELDMAN FAMILY TRUST, ) <br> Individually and on Behalf Of All Others Similarly ) <br> Situated, ) <br> ) <br>       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ELAN CORP., PLC et al., ) <br> ) <br>       Defendants. ) <br> _____) | Case No:1:05-CV-10481-JLT |

**[PROPOSED] ORDER GRANTING MOTION**
**TO CONSOLIDATE FOR ALL PURPOSES**

**IT IS HEREBY ORDERED** in each of the captioned actions as follow:

1. The following actions pending in this District are consolidated for all

purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure before the

Honorable Joseph L Tauro:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| Williams v. Elan Corp, PLC | 1:05-cv-010413-JLT | 3/4/2005 |
| Feldman Family Trust v. Elan Corp., PLC | 1:05-cv-10481-JLT | 3/14/2005 |

2. These actions shall be referred to herein as the "Consolidated Action."

This order (the "Order") shall apply to the Consolidated Action and to each case that is subsequently filed in this Court or transferred to this Court that relates to the same subject matter as the Consolidated Action.

3.   The caption of the Consolidated Action shall be "In re Elan Corp., PLC Securities Litigation."   Any other action now pending or hereafter filed in this District as a class action on behalf of purchasers and other acquirers of securities of Elan Corp. PLC, which arises out of the same facts as alleged in the Consolidated Action, shall be consolidated for all purposes as soon as it is brought to the Court's attention.

4.   Each attorney not a member of the Bar of this Court who is acting as counsel for a party in any of the cases shall make written application to the Court, with accompanying proposed Order, to practice before this Court pro hac vice in connection with these proceedings.  Such application shall be in accordance with the Local Rules of this Court.

5.   The Terms of this Order shall not have the effect of making any person, firm or corporation a party to any action in which he, she, or it has not been named, served or added as such, in accordance with the Federal Rules of Civil Procedure.

6.   A Master Docket and a Mater File are hereby established for the Consolidated Action under Master File No. 1:05-CV-10413-JLT.

7.   Every pleading filed in this proceeding or in any separate action included herein shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
SOUTHER DISTRCIT OF NEW YORK

_____
                                               )
IN RE ELAN CORP. PLC SECURITIES LITIGATION   )        1:05-cv-10413-JLT
_____)

    8.   When a pleading is intended to be applicable to all actions to which this order

is applicable, the words "All Actions" shall appear immediately after the words "This

Document Relates To:" in the action set out above.  When a pleading is intended to be

applicable only to some, but not all of such actions, the Court's docket number for each

individual action to which the paper is intended to be applicable and the last name of the

named plaintiff in said action shall appear immediately after the words :This Document

Relates To:" in the caption described above.

    9.   When a case that relates to the subject matter of the Consolidated Action  is

hereafter filed in this Court or transferred here from another court, the Clerk of the Court

shall:

    a.   place a copy of this Order in the separate file for such action;

    b.   mail a copy of the Order of assignment to counsel for plaintiff(s) and

to counsel for defendant(s) in the Consolidated Action:

    c.   mail to attorneys for plaintiff(s) in the newly filed or transferred action

a copy of this Order and to any new defendant(s) the newly filed or

transferred action; and

    d.   make an appropriate entry in the Master Docket.

    10. The Court requests the assistance of counsel in calling to the attention\n of the

Clerk of this Court the filing or transfer of any case that might properly be consolidated

as part of In re Elan Corp., PLC Securities Litigation.

11. This Order shall apply to each case subsequently filed in this Court or transferred to this Court, unless a party objecting to the consolidation of such case or to any other provision of this Order files, within ten (10) days after the date upon which a copy of this Order is mailed to counsel for such party, an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

So Ordered:

_____

United States District Court

DATE: _____