# Exhibit A

PrimeZone Media Network March 4, 2005 Friday

24 of 26 DOCUMENTS

Copyright 2005 PrimeZone Media Network, Inc.
PrimeZone Media Network

March 4, 2005 Friday  12:53 PM EST

**SECTION:** LAW & LEGAL ISSUES

**LENGTH:** 690 words

**HEADLINE:** Johnson & Perkinson Announces Filing of Class Action Lawsuit Against Elan Corp., plc

**BODY:**

SOUTH BURLINGTON, Vt., March 4, 2005 (PRIMEZONE) -- Johnson & Perkinson ("J&P") announces that it is commencing today in the U.S. District Court for the District of Massachusetts a class action on behalf of purchasers of Elan Corp., plc ("Elan") (NYSE:ELN) securities during the period between February 18, 2004 and February 25, 2005 (the "Class Period"). More information can be obtained on Johnson & Perkinson's website at www.jpclasslaw.com.

The complaint charges Elan and certain of its officers with violations of the Securities Exchange Act of 1934. Elan is engaged in the development and commercialization of TYSABRI, a vaccine designed to treat patients with multiple sclerosis (MS), slowing the progression of the disease and reducing incidents of relapses. Throughout the Class Period, defendants caused Elan to make a number of positive statements about the status of its clinical trials and the commercial potential of TYSABRI, causing Elan's stock to trade at artificially inflated prices. The Complaint alleges that Elan violated federal securities laws by issuing false or misleading information. Specifically, defendants failed to disclose and misrepresented the following material adverse facts: (i) that TYSABRI(r) (natalizumab), a monoclonal antibody for the treatment of Multiple Sclerosis ("MS"), posed serious immune-system side effects; (ii) that TYSABRI, like other MS drugs, made patients susceptible to progressive multifocal leukoencephalopathy ("PML") by changing the way certain white blood cells function, thereby allowing PML, a normally dormant virus, to run rampant within the human body; (iii) that defendants knew and/or recklessly disregarded documented facts that MS drugs can cause greater incidents of PML to occur; and (iv) that defendants concealed these facts in order to fast track TYSABRI for FDA approval so that they could reap the financial benefits from the sales of the drug.

On February 28, 2005, Elan shocked the market by reporting that they were withdrawing TYSABRI from the market following reports of patients contracting PML, with at least one instance resulting in death. The announcement caused Elan's shares to plummet, declining over 70% to approximately $8 per share on February 28, 2005.

The plaintiff is represented by J&P, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud. J&P is a litigation boutique dedicated to maximizing shareholders' returns and keeping the lead plaintiffs involved in the litigation. Attorneys Johnson and Perkinson are both former employees of the Securities and Exchange Commission. Members of the firm have prosecuted complex class actions on behalf of plaintiffs in the areas of securities and consumer fraud since 1985. Based in South Burlington, Vermont, the firm has prosecuted leading actions on behalf of defrauded investors against numerous public companies resulting in the recovery of many millions of dollars and has been singled out for its excellence by various courts. The firm is currently lead or co-lead counsel in securities class actions pending against Xerox, Priceline, i2, Allaire, and Exchange Applications and serves on the Executive Committee in the Global Crossing case.

Plaintiff seek to recover damages on behalf of all purchasers of Elan securities during the Class Period (the "Class"). If you bought Elan securities between February 18, 2004 and February 25, 2005 you may, no later than May 3, 2005, move the Court to serve as lead plaintiff of the Class. In order to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or rights or interests with respect to these matters, please contact: Robin Freeman, Esquire at Johnson & Perkinson, toll free at 1-877-266-2133, via e-mail at email@jpclasslaw.com, or write to Johnson & Perkinson, P.O. Box 2305, South Burlington, Vermont 05403.

PrimeZone Media Network March 4, 2005 Friday

More information on this and other class actions can be found on the Class Action Newsline at www.primezone.com/ca

```
CONTACT:
   Johnson & Perkinson
            1-877-266-2133
```

**LOAD-DATE:** March 5, 2005