# Exhibit B

## PLAINTIFF CERTIFICATION

THE CONUS FUND, L.P. ("Plaintiff") hereby states that:

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2. Plaintiff did not purchase any common stock/securities of Elan Corporation, PLC at the direction of his/her counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action.

4. The following includes all of Plaintiff's transactions in Elan Corporation, PLC common stock/securities during the class period specified in the complaint:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE PER SECURITIES/SHARE | QUANTITY |
|---|---|---|---|---|
|  |  |  |  |  |
| *PLEASE SEE ATTACHED SHEET |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Please list other transactions on a separate sheet of paper, if necessary.

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of March, 2005.

_____
Signature

**MANAGING MEMBER, GENERAL PARTNER
CONUS CAPITAL, LLC**

## THE *CONUS* FUND, L.P.

| Trade Date | Transaction Type | Investment | Quantity | Price |
|---|---|---|---|---|
| 2/18/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -68300 | 11.3478 |
| 2/18/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 34100 | 10.81 |
| 2/19/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -102600 | 13.4071 |
| 3/2/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 89000 | 15.9154 |
| 3/3/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -27400 | 17.59 |
| 3/5/2004 | buy | CALL/ELN(ELNDX)@22.5EXP0 | 478 | 0.5929 |
| 3/17/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -34100 | 18.021 |
| 3/18/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -34100 | 19.033 |
| 3/31/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 41000 | 20.6324 |
| 4/17/2004 | expire | CALL/ELN(ELNDX)@22.5EXP0 | -478 | 0 |
| 4/21/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 26700 | 22.5 |
| 4/30/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 25000 | 20.7724 |
| 4/30/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 3300 | 20.49 |
| 5/10/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 39700 | 19.6165 |
| 5/17/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 55000 | 21.8451 |
| 5/17/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 12100 | 21.8476 |
| 5/27/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -40300 | 23.2073 |
| 6/28/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 8400 | 25.1 |
| 7/21/2004 | buy | PUT/ELN(ELNTE) @25EXP0 | 204 | 2.1466 |
| 7/21/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 31900 | 24.2 |
| 7/27/2004 | sell | PUT/ELN(ELNTE) @25EXP0 | -204 | 7.1391 |
| 10/13/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -15500 | 21.6 |
| 10/18/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -15800 | 22.2879 |
| 10/22/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -13100 | 25.274 |
| 10/28/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 15700 | 25.9366 |
| 11/23/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 15800 | 27.0658 |
| 1/14/2005 | buy | ELAN CORP PLC (ADR) ADR CMN | 5600 | 27.9552 |

## PLAINTIFF CERTIFICATION

THE CONUS FUND (QP), L.P. ("Plaintiff") hereby states that:

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2. Plaintiff did not purchase any common stock/securities of Elan Corporation, PLC at the direction of his/her counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action.

4. The following includes all of Plaintiff's transactions in Elan Corporation, PLC common stock/securities during the class period specified in the complaint:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE PER SECURITIES/SHARE | QUANTITY |
|---|---|---|---|---|
| * PLEASE SEE ATTACHED SHEET | | | | |
| | | | | |
| | | | | |

Please list other transactions on a separate sheet of paper, if necessary.

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of March, 2005.

_____
Signature

MANAGING MEMBER, GENERAL PARTNER
CONUS CAPITAL, LLC

# THE *CONUS* FUND (QP), L.P.

| Trade Date | Transaction Type | Investment | Quantity | Price |
|---|---|---|---|---|
| 2/18/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -10600 | 11.3478 |
| 2/18/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 5200 | 10.81 |
| 2/19/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -15900 | 13.4071 |
| 3/2/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 13800 | 15.9154 |
| 3/3/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -4200 | 17.59 |
| 3/5/2004 | buy | CALL/ELN(ELNDX)@22.5EXP0 | 74 | 0.5929 |
| 3/17/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -5400 | 18.021 |
| 3/18/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -5300 | 19.033 |
| 3/31/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 1100 | 20.6324 |
| 4/17/2004 | expire | CALL/ELN(ELNDX)@22.5EXP0 | -74 | 0 |
| 4/21/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 5100 | 22.5 |
| 4/30/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 4400 | 20.7724 |
| 4/30/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 600 | 20.49 |
| 5/10/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 6900 | 19.6165 |
| 5/17/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 2100 | 21.8476 |
| 5/17/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | 9800 | 21.8451 |
| 5/27/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -7100 | 23.2073 |
| 6/28/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 1500 | 25.1 |
| 7/1/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -6300 | 24.9332 |
| 7/21/2004 | buy | PUT/ELN(ELNTE) @25EXP0 | 49 | 2.1466 |
| 7/21/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 7700 | 24.2 |
| 7/27/2004 | sell | PUT/ELN(ELNTE) @25EXP0 | -49 | 7.1391 |
| 10/13/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -3700 | 21.6 |
| 10/18/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -3800 | 22.2879 |
| 10/22/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -3300 | 25.274 |
| 10/22/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 3800 | 25.9366 |
| 10/28/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 3900 | 27.0658 |
| 11/23/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 300 | 27.9562 |
| 1/14/2005 | buy | ELAN CORP PLC (ADR) ADR CMN | | |

## PLAINTIFF CERTIFICATION

THE CONUS FUND OFFSHORE LIMITED ("Plaintiff") hereby states that:

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2. Plaintiff did not purchase any common stock/securities of Elan Corporation, PLC at the direction of his/her counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action.

4. The following includes all of Plaintiff's transactions in Elan Corporation, PLC common stock/securities during the class period specified in the complaint:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE PER SECURITIES/SHARE | QUANTITY |
|---|---|---|---|---|
| * PLEASE SEE ATTACHED SHEET | | | | |
| | | | | |
| | | | | |

Please list other transactions on a separate sheet of paper, if necessary.

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this 23 day of March, 2005.

_____
Signature

**MANAGING DIRECTOR, INVESTMENT MANAGER
CONUS PARTNERS, INC**

## THE CONUS FUND OFFSHORE LIMITED

| Trade Date | Transaction Type | Investment | Quantity | Price |
|---|---|---|---|---|
| 2/18/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -11100 | 11.3478 |
| 2/18/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 5600 | 10.81 |
| 2/19/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -16600 | 13.4071 |
| 3/2/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 14300 | 15.9154 |
| 3/3/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -4400 | 17.59 |
| 3/5/2004 | buy | CALL/ELN(ELNDX)@22.5EXP0 | 78 | 0.5929 |
| 3/17/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -5500 | 18.021 |
| 3/18/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -5600 | 19.033 |
| 3/31/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 6800 | 20.6324 |
| 4/17/2004 | expire | CALL/ELN(ELNDX)@22.5EXP0 | -78 | 0 |
| 4/21/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 4200 | 22.5 |
| 4/30/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 3000 | 20.7724 |
| 4/30/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 600 | 20.49 |
| 5/10/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 6700 | 19.6165 |
| 5/17/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 2000 | 21.8476 |
| 5/17/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 9200 | 21.8451 |
| 5/27/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -6700 | 23.2073 |
| 6/28/2004 | buy | PUT/ELN(ELNTE) @25EXP0 | 1400 | 25.1 |
| 7/21/2004 | buy | PUT/ELN(ELNTE) @25EXP0 | 35 | 2.1466 |
| 7/21/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 5200 | 24.2 |
| 7/27/2004 | sell | PUT/ELN(ELNTE) @25EXP0 | -35 | 7.1391 |
| 10/13/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -3000 | 21.6 |
| 10/18/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -2700 | 22.2879 |
| 10/22/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -2400 | 25.274 |
| 10/28/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 2800 | 25.9366 |
| 11/23/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 2700 | 27.0658 |
| 1/14/2005 | buy | ELAN CORP PLC (ADR) ADR CMN | 300 | 27.9562 |

## PLAINTIFF CERTIFICATION

EAST HUDSON INC. (BVI) ("Plaintiff") hereby states that:

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2. Plaintiff did not purchase any common stock/securities of **Elan Corporation, PLC** at the direction of his/her counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action.

4. The following includes all of Plaintiff's transactions in **Elan Corporation, PLC** common stock/securities during the class period specified in the complaint:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE PER SECURITIES/SHARE | QUANTITY |
|---|---|---|---|---|
|  |  |  |  |  |
| * PLEASE SEE ATTACHED SHEET |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Please list other transactions on a separate sheet of paper, if necessary.

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this __23__ day of __March__, 2005.

_____
Signature

**MANAGING DIRECTOR, INVESTMENT MANAGER
CONUS PARTNERS, INC**

## EAST HUDSON INC. (BVI)

| Trade Date | Transaction Type | Investment | Quantity | Price |
|---|---|---|---|---|
| 2/18/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -10000 | 11.3478 |
| 2/18/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 5100 | 10.81 |
| 2/19/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -14900 | 13.4071 |
| 3/2/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 12900 | 15.9154 |
| 3/3/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -4000 | 17.59 |
| 3/5/2004 | buy | CALL/ELN(ELNDX)@22.5EXP0 | 70 | 0.5929 |
| 3/17/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -5000 | 18.021 |
| 3/17/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -5000 | 19.033 |
| 3/18/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 6100 | 20.6324 |
| 3/31/2004 | expire | CALL/ELN(ELNDX)@22.5EXP0 | -70 | 0 |
| 4/17/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 4000 | 22.5 |
| 4/21/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 3600 | 20.7724 |
| 4/30/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 500 | 20.49 |
| 4/30/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 5700 | 19.6165 |
| 5/10/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 1800 | 21.8476 |
| 5/17/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 8000 | 21.8451 |
| 5/17/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -5900 | 23.2073 |
| 5/27/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 1200 | 25.1 |
| 6/28/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -1900 | 24.9332 |
| 7/1/2004 | buy | PUT/ELN(ELNTE) @25EXP0 | 34 | 2.1466 |
| 7/21/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 5200 | 24.2 |
| 7/21/2004 | sell | PUT/ELN(ELNTE) @25EXP0 | -34 | 7.1391 |
| 7/27/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -2800 | 21.6 |
| 10/13/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -2700 | 22.2879 |
| 10/18/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | -2200 | 25.274 |
| 10/22/2004 | sell | ELAN CORP PLC (ADR) ADR CMN | 2700 | 25.9366 |
| 10/28/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 2600 | 27.0658 |
| 11/23/2004 | buy | ELAN CORP PLC (ADR) ADR CMN | 300 | 27.9562 |
| 1/14/2005 | buy | ELAN CORP PLC (ADR) ADR CMN | | |

## PLAINTIFF CERTIFICATION

_Steven A. Suran_ ("Plaintiff") hereby states that:

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2. Plaintiff did not purchase any common stock/securities of **Elan Corporation, PLC** at the direction of his/her counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action.

4. The following includes all of Plaintiff's transactions in **Elan Corporation, PLC** common stock/securities during the class period specified in the complaint:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE PER SECURITIES/SHARE | QUANTITY |
|---|---|---|---|---|
| Elan Corp, Plc | Purchase | 11/15/04 | $30.25 | 2000 |
| Elan Corp, Plc | Sale | 03/04/05 | $5.75 | 2000 |
| | | | | |
| | | | | |

**Please list other transactions on a separate sheet of paper, if necessary.**

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this _29th_ day of _April_, 2005.

_____
Signature

## PLAINTIFF CERTIFICATION

_Steven M. Suran_ ("Plaintiff") hereby states that:

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2. Plaintiff did not purchase any common stock/securities of **Elan Corporation, PLC** at the direction of his/her counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action.

4. The following includes all of Plaintiff's transactions in **Elan Corporation, PLC** common stock/securities during the class period specified in the complaint:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE PER SECURITIES/SHARE | QUANTITY |
|---|---|---|---|---|
| Elan Corp, Plc | Purchase | 11/15/04 | $30.30 | 4000 |
| Elan Corp, Plc | Sale | 03/04/05 | $5.75 | 4000 |
| Elan Corp, Plc | Purchase | 03/10/05 | $7.50 | 1000 |
| Elan Corp, Plc | Sale | 04/08/05 | $3.75 | 1000 |

Please list other transactions on a separate sheet of paper, if necessary.

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this _29th_ day of _April_, 2005.

_____
Signature

## PLAINTIFF CERTIFICATION

_Steven M Suran_ ("Plaintiff") hereby states that:

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2. Plaintiff did not purchase any common stock/securities of **Elan Corporation, PLC** at the direction of his/her counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action.

4. The following includes all of Plaintiff's transactions in **Elan Corporation, PLC** common stock/securities during the class period specified in the complaint:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE PER SECURITIES/SHARE | QUANTITY |
|---|---|---|---|---|
| Elan Corp, Plc | Purchase | 11/15/04 | $ 30.27 | 850 |
| Elan Corp, Plc | Sale | 03/04/05 | $ 5.75 | 850 |
| Elan Corp, Plc | Purchase | 03/10/05 | $ 7.50 | 1000 |
| Elan Corp, Plc | Sale | 03/18/05 | $ 7.27 | 151 |

Please list other transactions on a separate sheet of paper, if necessary.

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this _29th_ day of _April_, 2005.

_____
Signature

## PLAINTIFF CERTIFICATION - ADDENDUM

_Steven M Suran_ ("Plaintiff") hereby states that:

4.  The following includes additional Plaintiff's transactions in Elan Corporation, PLC common stock/securities during the class period specified in the complaint:

| SECURITY (Common Stock) | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE PER SECURITIES/SHARE | QUANTITY |
|---|---|---|---|---|
| Elan Corp., Plc | Sale | 04/08/05 | $3.25 | 849 |

## PLAINTIFF CERTIFICATION

_Julie Suran_ ("Plaintiff") hereby states that:

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2. Plaintiff did not purchase any common stock/securities of **Elan Corporation, PLC** at the direction of his/her counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary. I understand that the litigation is not settled, this is not a claim form, and sharing in any recovery is not dependent upon execution of this Plaintiff Certification. I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action.

4. The following includes all of Plaintiff's transactions in **Elan Corporation, PLC** common stock/securities during the class period specified in the complaint:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE PER SECURITIES/SHARE | QUANTITY |
|---|---|---|---|---|
| Elan Corp, Plc | Purchase | 11/15/04 | $30.26 | 2000 |
| Elan Corp, Plc | Sale | 03/04/05 | $5.77 | 2000 |
| Elan Corp, Plc | Purchase | 03/10/05 | $7.50 | 1000 |
| Elan Corp, Plc | Sale | 04/08/05 | $3.25 | 1000 |

**Please list other transactions on a separate sheet of paper, if necessary.**

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this _29th_ day of _April_, 2005.

_Julie Suran_
Signature

## PLAINTIFF CERTIFICATION

Gerald E + Diane M HARMON ("Plaintiff") hereby states that:

1. Plaintiff has reviewed the complaint and has authorized the filing of the complaint on his/her behalf.

2. Plaintiff did not purchase any common stock/securities of **Elan Corporation, PLC** at the direction of his/her counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. The following includes all of Plaintiff's transactions in **Elan Corporation, PLC** common stock/securities during the class period specified in the complaint:

| SECURITY (Common Stock, Call, Put, Bonds) | TRANSACTION (Purchase, Sale) | TRADE DATE | PRICE PER SECURITIES/SHARE | QUANTITY |
|---|---|---|---|---|
| ELN Common Stock | Bought | 2/23/05 | 27.10 | 3000 |
| ELN Common Stock | Bought | 2/23/05 | 26.9595 | 1100 |
| ELN Common Stock | Bought | 2/23/05 | 26.96 | 1900 |

Please list other transactions on a separate sheet of paper, if necessary.

5. Plaintiff has not served or sought to serve as a representative party on behalf of a class under the federal securities laws during the last three years, unless otherwise stated in the space below:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class except to receive his pro rata share of any recovery, or as ordered or approved by the court including the award to a representative party of reasonable costs and expenses including lost wages relating to the representation of the class.

Plaintiff declares under penalty of perjury that the foregoing is true and correct.

Executed this 14 day of MARCH, 2005.

_____ Signature