# Exhibit C

Page 1 of 5

# Elan Corporation, PLC

**Movants' Register and Transaction Report**

| Proposed Lead Plaintiff | Date of Purchase | Number of Shares | Price Per Share | Cost Per Transaction | Date of Sale | Number of Shares Sold | Price of Sale | Gross Receipts | Gains (Losses) | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| The Conus Fund, LP | 2/18/2004 | 34,100 | $10.81 | $368,621.00 | 2/19/2004 | 34,100 | $13.41 | $457,182.11 | $88,561.11 | ($2,892,715.62) |
| | 3/2/2004 | 27,400 | $15.92 | $436,081.96 | 3/3/2004 | 27,400 | $17.59 | $481,966.00 | $45,884.04 | |
| | 3/2/2004 | 34,100 | $15.92 | $542,715.14 | 3/17/2004 | 34,100 | $18.02 | $614,516.10 | $71,800.96 | |
| | 3/2/2004 | 27,500 | $15.92 | $437,673.50 | 3/18/2004 | 27,500 | $19.03 | $523,407.50 | $85,734.00 | |
| | 3/31/2004 | 40,300 | $20.63 | $831,485.72 | 5/27/2004 | 40,300 | $23.21 | $935,254.19 | $103,768.47 | |
| | 3/31/2004 | 700 | $20.63 | $14,442.68 | 10/13/2004 | 700 | $21.60 | $15,120.00 | $677.32 | |
| | 4/21/2004 | 14,800 | $22.50 | $333,000.00 | 10/13/2004 | 14,800 | $21.60 | $319,680.00 | ($13,320.00) | |
| | 4/21/2004 | 11,900 | $22.50 | $267,750.00 | 10/18/2004 | 11,900 | $22.29 | $265,226.01 | ($2,523.99) | |
| | 4/30/2004 | 3,900 | $20.77 | $81,012.36 | 10/18/2004 | 3,900 | $22.29 | $86,922.81 | $5,910.45 | |
| | 4/30/2004 | 13,100 | $20.77 | $272,118.44 | 10/22/2004 | 13,100 | $25.27 | $331,089.40 | $58,970.96 | |
| | 4/30/2004 | 8,000 | $20.77 | $166,179.20 | | | | | ($120,575.20) | |
| | 4/30/2004 | 3,300 | $20.49 | $67,617.00 | | | | | ($48,805.35) | |
| | 5/10/2004 | 39,700 | $19.62 | $778,775.05 | | | | | ($552,465.20) | |
| | 5/17/2004 | 55,000 | $21.85 | $1,201,480.50 | | | | | ($887,953.00) | |
| | 5/17/2004 | 12,100 | $21.85 | $264,355.96 | | | | | ($195,379.91) | |
| | 6/28/2004 | 8,400 | $25.10 | $210,840.00 | | | | | ($162,955.80) | |
| | 7/21/2004 | 31,900 | $24.20 | $771,980.00 | | | | | ($590,134.05) | |
| | 10/28/2004 | 15,700 | $25.94 | $407,204.62 | | | | | ($317,706.77) | |
| | 11/23/2004 | 15,800 | $27.07 | $427,639.64 | | | | | ($337,571.74) | |
| | 1/14/2005 | 5,600 | $27.96 | $156,554.72 | | | | | ($124,631.92) | |
| The Conus Fund (QP) LP | 2/18/2004 | 5,200 | $10.81 | $56,212.00 | 2/19/2004 | 5,200 | $13.41 | $69,716.92 | $13,504.92 | ($308,060.88) |
| | 3/2/2004 | 4,200 | $15.92 | $66,844.68 | 3/3/2004 | 4,200 | $17.59 | $73,878.00 | $7,033.32 | |
| | 3/2/2004 | 5,400 | $15.92 | $85,943.16 | 3/17/2004 | 5,400 | $18.02 | $97,313.40 | $11,370.24 | |
| | 3/2/2004 | 4,200 | $15.92 | $66,844.68 | 3/18/2004 | 4,200 | $19.03 | $79,938.60 | $13,093.92 | |
| | 3/31/2004 | 1,100 | $20.63 | $22,695.64 | 5/27/2004 | 1,100 | $23.21 | $25,528.03 | $2,832.39 | |
| | 4/21/2004 | 5,100 | $22.50 | $114,750.00 | 5/27/2004 | 5,100 | $23.21 | $118,357.23 | $3,607.23 | |
| | 4/30/2004 | 900 | $20.77 | $18,695.16 | 5/27/2004 | 900 | $23.21 | $20,886.57 | $2,191.41 | |
| | 4/30/2004 | 3,500 | $20.77 | $72,703.40 | 7/1/2004 | 3,500 | $24.93 | $87,266.20 | $14,562.80 | |
| | 4/30/2004 | 600 | $20.49 | $12,294.00 | 7/1/2004 | 600 | $24.93 | $14,959.92 | $2,665.92 | |
| | 5/10/2004 | 2,200 | $19.62 | $43,156.30 | 7/1/2004 | 2,200 | $24.93 | $54,853.04 | $11,696.74 | |
| | 5/10/2004 | 3,700 | $19.62 | $72,581.05 | 10/13/2004 | 3,700 | $21.60 | $79,920.00 | $7,338.95 | |
| | 5/10/2004 | 1,000 | $19.62 | $19,616.50 | 10/18/2004 | 1,000 | $22.29 | $22,287.90 | $2,671.40 | |
| | 5/17/2004 | 2,100 | $21.85 | $45,879.96 | 10/18/2004 | 2,100 | $22.29 | $46,804.59 | $924.63 | |
| | 5/17/2004 | 700 | $21.85 | $15,291.57 | 10/18/2004 | 700 | $22.29 | $15,601.53 | $309.96 | |
| | 5/17/2004 | 3,300 | $21.85 | $72,088.83 | 10/22/2004 | 3,300 | $25.27 | $83,404.20 | $11,315.37 | |

Page 2 of 5

# Elan Corporation, PLC

**Movants' Register and Transaction Report**

| Proposed Lead Plaintiff | Date of Purchase | Number of Shares | Price Per Share | Cost Per Transaction | Date of Sale | Number of Shares Sold | Price of Sale | Gross Receipts | Gains (Losses) | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/17/2004 | 5,800 | $21.85 | $126,701.58 | | | | | ($93,638.68) | |
| | 6/28/2004 | 1,500 | $25.10 | $37,650.00 | | | | | ($29,099.25) | |
| | 7/21/2004 | 7,700 | $24.20 | $186,340.00 | | | | | ($142,446.15) | |
| | 10/28/2004 | 3,800 | $24.20 | $91,960.00 | | | | | ($70,298.10) | |
| | 11/23/2004 | 3,900 | $24.20 | $94,380.00 | | | | | ($72,148.05) | |
| | 1/14/2005 | 300 | $24.20 | $7,260.00 | | | | | ($5,549.85) | |
| The Conus Fund Offshore Ltd. | 2/18/2004 | 5,600 | $10.81 | $60,536.00 | 2/19/2004 | 5,600 | $13.41 | $75,079.76 | $14,543.76 | **($441,872.67)** |
| | 3/2/2004 | 4,400 | $15.92 | $70,027.76 | 3/3/2004 | 4,400 | $17.59 | $77,396.00 | $7,368.24 | |
| | 3/2/2004 | 5,500 | $15.92 | $87,534.70 | 3/17/2004 | 5,500 | $18.02 | $99,115.50 | $11,580.80 | |
| | 3/2/2004 | 4,490 | $15.92 | $71,460.15 | 3/18/2004 | 4,490 | $19.03 | $85,458.17 | $13,998.02 | |
| | 3/31/2004 | 6,800 | $20.63 | $140,300.32 | 5/27/2004 | 6,700 | $23.21 | $155,488.91 | $15,758.64 | |
| | 3/31/2004 | 100 | $20.63 | $2,063.24 | 10/13/2004 | 100 | $21.60 | $2,160.00 | $96.76 | |
| | 4/21/2004 | 2,900 | $22.50 | $65,250.00 | 10/13/2004 | 2,900 | $21.60 | $62,640.00 | ($2,610.00) | |
| | 4/21/2004 | 1,300 | $22.50 | $29,250.00 | 10/18/2004 | 1,300 | $22.29 | $28,974.27 | ($275.73) | |
| | 4/30/2004 | 1,400 | $20.77 | $29,081.36 | 10/18/2004 | 1,400 | $22.29 | $31,203.06 | $2,121.70 | |
| | 4/30/2004 | 1,600 | $20.77 | $33,235.84 | 10/22/2004 | 1,600 | $25.27 | $40,438.40 | $7,202.56 | |
| | 4/30/2004 | 600 | $20.49 | $12,294.00 | 10/22/2004 | 600 | $25.27 | $15,164.40 | $2,870.40 | |
| | 5/10/2004 | 200 | $19.62 | $3,923.30 | 10/22/2004 | 200 | $25.27 | $5,054.80 | $1,131.50 | |
| | 5/10/2004 | 6,500 | $19.62 | $127,507.25 | | | | | ($90,454.00) | |
| | 5/17/2004 | 2,000 | $21.85 | $43,695.20 | | | | | ($32,294.20) | |
| | 5/17/2004 | 9,200 | $21.85 | $200,974.92 | | | | | ($148,530.32) | |
| | 6/28/2004 | 1,400 | $25.10 | $35,140.00 | | | | | ($27,159.30) | |
| | 7/21/2004 | 5,200 | $24.20 | $125,840.00 | | | | | ($96,197.40) | |
| | 10/28/2004 | 2,800 | $25.94 | $72,622.48 | | | | | ($56,661.08) | |
| | 11/23/2004 | 2,700 | $27.07 | $73,077.66 | | | | | ($57,686.31) | |
| | 1/14/2005 | 300 | $27.96 | $8,386.86 | | | | | ($6,676.71) | |
| East Hudson Inc. (BVI) | 2/18/2004 | 5,100 | $10.81 | $55,131.00 | 2/19/2004 | 5,100 | $13.41 | $68,376.21 | $13,245.21 | **($378,990.94)** |
| | 3/2/2004 | 4,000 | $15.92 | $63,661.60 | 3/3/2004 | 4,000 | $17.59 | $70,360.00 | $6,698.40 | |
| | 3/2/2004 | 5,000 | $15.92 | $79,577.00 | 3/17/2004 | 5,000 | $18.02 | $90,105.00 | $10,528.00 | |
| | 3/2/2004 | 3,900 | $15.92 | $62,070.06 | 3/18/2004 | 3,900 | $19.03 | $74,228.70 | $12,158.64 | |
| | 3/31/2004 | 5,900 | $20.63 | $121,731.16 | 5/27/2004 | 5,900 | $23.21 | $136,923.07 | $15,191.91 | |
| | 3/31/2004 | 200 | $20.63 | $4,126.48 | 7/1/2004 | 200 | $24.93 | $4,986.64 | $860.16 | |
| | 4/21/2004 | 1,700 | $22.50 | $38,250.00 | 7/1/2004 | 1,700 | $24.93 | $42,386.44 | $4,136.44 | |
| | 4/21/2004 | 2,300 | $22.50 | $51,750.00 | 10/13/2004 | 2,300 | $21.60 | $49,680.00 | ($2,070.00) | |
| | 4/30/2004 | 500 | $20.77 | $10,386.20 | 10/13/2004 | 500 | $21.60 | $10,800.00 | $413.80 | |

Page 3 of 5

# Elan Corporation, PLC

**Movants' Register and Transaction Report**

| Proposed Lead Plaintiff | Date of Purchase | Number of Shares | Price Per Share | Cost Per Transaction | Date of Sale | Number of Shares Sold | Price of Sale | Gross Receipts | Gains (Losses) | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4/30/2004 | 2,700 | $20.77 | $56,085.48 | 10/18/2004 | 2,700 | $22.29 | $60,177.33 | $4,091.85 | |
| | 4/30/2004 | 400 | $20.77 | $8,308.96 | 10/22/2004 | 400 | $25.27 | $10,109.60 | $1,800.64 | |
| | 4/30/2004 | 500 | $20.49 | $10,245.00 | 10/22/2004 | 500 | $25.27 | $12,637.00 | $2,392.00 | |
| | 5/10/2004 | 1,300 | $19.62 | $25,501.45 | 10/22/2004 | 1,300 | $25.27 | $32,856.20 | $7,354.75 | |
| | 5/10/2004 | 4,400 | $19.62 | $86,312.60 | | | | | ($61,230.40) | |
| | 5/17/2004 | 1,800 | $21.85 | $39,325.68 | | | | | ($29,064.78) | |
| | 5/17/2004 | 8,000 | $21.85 | $174,760.80 | | | | | ($129,156.80) | |
| | 6/28/2004 | 1,200 | $25.10 | $30,120.00 | | | | | ($23,279.40) | |
| | 7/21/2004 | 5,200 | $24.20 | $125,840.00 | | | | | ($96,197.40) | |
| | 10/28/2004 | 2,700 | $25.94 | $70,028.82 | | | | | ($54,637.47) | |
| | 11/23/2004 | 2,600 | $27.07 | $70,371.08 | | | | | ($55,549.78) | |
| | 1/14/2005 | 300 | $27.96 | $8,386.86 | | | | | ($6,676.71) | |

| | Date Call was purchased | Contracts Purchased | Price per Contract | Premium per Transation | Date Call was sold | Contracts Sold | Price per Contract | Premium per Transation | Gains (Losses) | Total Gain (Loss) from Calls |
|---|---|---|---|---|---|---|---|---|---|---|
| The Conus Fund, LP | 3/5/2004 | 478 | $0.59 | $28,340.62 | <Expired> | | | | ($28,340.62) | **($28,340.62)** |
| The Conus Fund (QP) LP | 3/5/2004 | 74 | $0.59 | $4,387.46 | <Expired> | | | | ($4,387.46) | **($4,387.46)** |
| The Conus Fund Offshore Ltd. | 3/5/2004 | 78 | $0.59 | $4,624.62 | <Expired> | | | | ($4,624.62) | **($4,624.62)** |
| East Hudson Inc. (BVI) | 3/5/2004 | 70 | $0.59 | $4,150.30 | <Expired> | | | | ($4,150.30) | **($4,150.30)** |

Page 4 of 5

# Elan Corporation, PLC

**Movants' Register and Transaction Report**

| Proposed Lead Plaintiff | Date of Purchase | Number of Shares | Price Per Share | Cost Per Transaction | Date of Sale | Number of Shares Sold | Price of Sale | Gross Receipts | Gains (Losses) | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|

| Proposed Lead Plaintiff | Date Put was purchased | Contracts Purchased | Price per Contract | Premium per Transation | Date Put was sold | Contracts Sold | Price per Contract | Premium per Transation | Gains (Losses) | Total Gain (Loss) from Puts |
|---|---|---|---|---|---|---|---|---|---|---|
| The Conus Fund, LP | 7/21/2004 | 204 | $2.15 | $43,790.64 | 7/27/2004 | 204 | $7.14 | $145,637.64 | $101,847.00 | **$101,847.00** |
| The Conus Fund (QP) LP | 7/21/2004 | 49 | $2.15 | $10,518.34 | 7/27/2004 | 49 | $7.14 | $34,981.59 | $24,463.25 | **$24,463.25** |
| The Conus Fund Offshore Ltd. | 7/21/2004 | 35 | $2.15 | $7,513.10 | 7/27/2004 | 35 | $7.14 | $24,986.85 | $17,473.75 | **$17,473.75** |
| East Hudson Inc. (BVI) | 7/21/2004 | 34 | $2.15 | $7,298.44 | 7/27/2004 | 34 | $7.14 | $24,272.94 | $16,974.50 | **$16,974.50** |

Page 5 of 5

# Elan Corporation, PLC

**Movants' Register and Transaction Report**

| Proposed Lead Plaintiff | Date of Purchase | Number of Shares | Price Per Share | Cost Per Transaction | Date of Sale | Number of Shares Sold | Price of Sale | Gross Receipts | Gains (Losses) | Total Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Suran, Steven | 11/15/2004 | 2,000 | $30.25 | $60,500.00 | 3/4/2005 | 2,000 | $5.75 | $11,500.00 | ($49,000.00) | ($217,022.00) |
| Suran, Steven M. (IRA Rollover) | 11/15/2004 | 4,000 | $30.30 | $121,200.00 | 3/4/2005 | 4,000 | $5.75 | $23,000.00 | ($98,200.00) | |
| Suran, Steven M. (Roth IRA) | 11/15/2004 | 850 | $30.27 | $25,729.50 | 3/4/2005 | 850 | $5.75 | $4,887.50 | ($20,842.00) | |
| Suran, Julie | 11/15/2004 | 2,000 | $30.26 | $60,520.00 | 3/4/2005 | 2,000 | $5.77 | $11,540.00 | ($48,980.00) | |
| Harmon, Gerald E. & Diane M. | 2/23/2005 | 3,000 | $27.10 | $81,300.00 | | | | | ($64,198.50) | ($127,976.45) |
| | 2/23/2005 | 1,100 | $26.96 | $29,655.45 | | | | | ($23,384.90) | |
| | 2/23/2005 | 1,900 | $26.96 | $51,224.00 | | | | | ($40,393.05) | |
| **TOTALS:** | | **600,190** | | **$12,392,339.74** | | **319,290** | | **$6,543,686.23** | | **($4,247,383.06)** |

**Explanatory notes**
The total estimated damages of each Proposed Lead Plaintiff has been calculated in the following manner:

1) <u>Common stock sold within the Class Period</u>:
   Damages with respect to shares sold within the Class Period have been based upon each proposed lead plaintiff's actual loss. Each Proposed Lead Plaintiff's actual loss has been offset by any gain realized by plaintiff as a result of sales made within the Class Period.

2) <u>Common stock still held</u>:
   Purchase price of Elan Corporation, PLC shares still held minus the mean trading price of Elan Corporation, PLC shares between February 19, 2005 and May 2, 2005 ($5.7005) multiplied by the number of shares held.

3) <u>Common stock sold after the Class Period</u>:
   For shareholders who sold their shares after the end of the Class Period, their actual (non statutory) losses were calculated.

4) All losses have been calculated exclusive of costs, commissions and fees.