UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------X
WENDELL WILLIAMS, Individually and on Behalf :
of All Others Similarly Situated, :
: 05 CV 10413 (JLT)
Plaintiff, :
:
vs. :
:
ELAN CORP., PLC, G. KELLY MARTIN, LARS :
ECKMAN, AND SHANE COOKE, :
:
Defendants. :
:
------------------------------------------------------------X

[Additional Caption Set Forth Below]

**AFFIDAVIT OF DAVID PASTOR**

{00004665.DOC ; 1}

------------------------------------------------------------X
:
SIDNEY D. FELDMAN FAMILY TRUST, :
Individually and on Behalf of :All Others Similarly :
Situated, :
:
                            Plaintiff, :    05 CV 10481 (JLT)
:
    vs. :
:
ELAN CORP., PLC, G. KELLY MARTIN, LARS :
ECKMAN, AND SHANE COOKE :
:
                         Defendants. :
------------------------------------------------------------X

{00004665.DOC ; 1}

DAVID PASTOR, being duly sworn, deposes and says:

1. I am a member of the law firm of Gilman and Pastor, LLP. I respectfully submit this Affidavit in Support of the Conus Fund Group for (i) Appointment as Lead Plaintiff; and (ii) Approval of her Choice of Counsel.

2. Attached hereto are copies of the following documents:

   A. The March 4, 2005 Notice of Pendency of Class Action against Defendants for violation of certain provisions of the federal securities laws for the class period February 18, 2004 and February 25, 2005, inclusive.

   B. The Lead Plaintiff Certifications of The Conus Fund, LP; The Conus Fund (QP), LP; The Conus Fund Offshore, Ltd.; East Hudson Inc. (BVI); Steven & Julie Suran; and Gerald E. & Diane M. Harmon ("Movants" or the "Conus Fund Group") in Elan securities;

   C. Chart setting forth purchases, sales and losses of the Conus Fund Group in Elan securities;

   D. Firm Résumé of Stull, Stull & Brody; and

   E. Firm Résumé of Gilman and Pastor, LLP

Signed under the pains and penalties of perjury this 3rd day of May, 2005.

/s/ David Pastor
David Pastor

1