UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------X
WENDELL WILLIAMS, Individually and on Behalf :
of All Others Similarly Situated, :
: 05 CV 10413 (JLT)
Plaintiff, :
:
vs. :
:
ELAN CORP., PLC, G. KELLY MARTIN, LARS :
ECKMAN, AND SHANE COOKE, :
:
Defendants. :
:
------------------------------------------------------------------X

[Additional Caption Set Forth Below]

**[PROPOSED] ORDER (I) CONSOLIDATING ALL RELATING
ACTIONS; (II) APPOINTING THE CONUS FUND GROUP AS LEAD PLAINTIFF;
AND (III) APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

```
------------------------------------------------------------X
                                                            :
SIDNEY D. FELDMAN FAMILY TRUST,                             :
Individually and on Behalf of :All Others Similarly         :
Situated,                                                   :
                                                            :
                        Plaintiff,              :    05 CV 10481 (JLT)
                                                            :
            vs.                                 :
                                                            :
ELAN CORP., PLC, G. KELLY MARTIN, LARS          :
ECKMAN, AND SHANE COOKE                                     :
                                                            :
                        Defendants.             :
------------------------------------------------------------X
```

This Court, having considered the motion of the Conus Fund Group for consolidation, appointment as Lead Plaintiff, and approval of selection of lead counsel and the memorandum of law and affidavit of David Pastor, in support thereof, and good cause appearing therefore, hereby makes the following order:

<u>CONSOLIDATION</u>

1.  All actions identified in the captions above and any other related actions which have been or will be filed against Elan Corp., PLC, G. Kelly Martin, Lars Eckman, and Shane Cooke for violations of the Securities Exchange Act of 1934 shall be hereby consolidated.

2.  The caption of these consolidated class actions shall be "In re Elan Corp., PLC Securities Litigation" and the files of these consolidated actions shall be maintained in one master file under Master File No. 05-CV-10413 (JLT). Any other related individual or class actions now pending or hereafter filed in the District of Massachusetts shall be consolidated as part of the <u>In re Elan Corp., PLC Securities Litigation</u> as and when they are brought to the attention of the Court.

3.  Henceforth, every pleading or other such document in these consolidated actions, which ordinarily contains a pleading caption, shall bear the following caption:

---------------------------------------------------X
:
IN RE ELAN CORP., PLC                  :   Master File No. 01-CV-10413 (JLT)
SECURITIES LITIGATION                  :
:
---------------------------------------------------X

4.  A Master Docket and Master File are hereby established for these consolidated proceedings. The clerk shall file all pleadings or papers in the Master File and note such filing in

1

the Master Docket. No further copies need to be filed or docket entries made.

5.  Having considered the provisions of § 21D (a)(3)(B) of the Securities Exchange Act of 1934, it is hereby ordered that the Conus Fund Group constitutes the "most adequate plaintiff" and that Movants satisfy the requirements of the Exchange Act. The Court hereby appoints the following movants as Lead Plaintiff in this action: The Conus Fund, LP; The Conus Fund (QP), LP; The Conus Fund Offshore, Ltd.; East Hudson Inc. (BVI); Steven & Julie Suran; and Gerald E. & Diane M. Harmon.

6.  Pursuant to § 21D(a)(3)(B)(v) of the Exchange Act, the Conus Fund Group has selected and retained the law firm of Stull, Stull & Brody as lead counsel and the law firm of Gilman and Pastor, LLP as Liaison Counsel. The Court approves Lead Plaintiff's retention of counsel and appoints Stull, Stull & Brody as Lead Counsel and Gilman and Pastor, LLP as Liaison Counsel.

SO ORDERED THIS _____ day of _____, 2005:

_____
U.S.D.J.

2