UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
--------------------------------------------------------x
WENDELL WILLIAMS, individually and       :
on behalf of all others similarly situated,   :      Case No. 05-CV-10413-JLT
                                         :
         Plaintiff,                      :
                                         :
v.                                       :
                                         :
                                         :
ELAN CORPORATION, PLC, G. KELLY          :
MARTIN, LARS ECKMAN, and SHANE           :
COOKE,                                   :
         Defendants.                     :
--------------------------------------------------------x
--------------------------------------------------------x
SIDNEY D. FELDMAN FAMILY TRUST,          :
individually an on behalf of all others  :
similarly situated,                      :      Case No. 05-CV-10481-JLT
                                         :
         Plaintiff,                      :
                                         :
v.                                       :
                                         :
                                         :
ELAN CORPORATION, PLC, G. KELLY          :
MARTIN, LARS ECKMAN, and SHANE           :
COOKE,                                   :
         Defendants.                     :
--------------------------------------------------------x
```

**MOTION OF KYLE NEWCOMER FOR
APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF COUNSEL**

Class member Kyle Newcomer ("Mr. Newcomer") hereby moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for an Order (i) appointing Mr. Newcomer as Lead Plaintiff; and (ii) approving Mr. Newcomer's selection of Schatz & Nobel, P.C. as Lead Counsel.  This Motion is based on the accompanying Memorandum in support thereof, and the Declaration of Justin S. Kudler filed herewith.

Dated: May 3, 2005                                          Respectfully submitted,

                                                **SCHATZ & NOBEL, P.C.**

                                        By: /s/  Justin S. Kudler
                                            Justin S. Kudler (BBO #644824)
                                            **Schatz & Nobel, P.C.**
                                            One Corporate Center
                                            20 Church Street, Suite 1700
                                            Hartford, Connecticut  06103
                                            Tel.:    (860) 493-6292
                                            Fax:    (860) 493-6290

                                            Counsel for Proposed Lead Plaintiff
                                            Kyle Newcomer


Of Counsel:
Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700
Hartford, Connecticut  06103
Tel.: (860) 493-6292
Fax: (860) 493-6290

CERTIFICATE OF SERVICE

    I hereby certify that this document was served via U.S. mail on this 3rd day of May, 2005 on all parties not registered electronically.

                                                                            _____ /s/ NANCY A. KULESA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------x
WENDELL WILLIAMS, individually and              :
on behalf of all others similarly situated,     :        Case No. 05-CV-10413-JLT
                                                :
           Plaintiff,                           :
                                                :
v.                                              :
                                                :
                                                :
ELAN CORPORATION, PLC, G. KELLY                 :
MARTIN, LARS ECKMAN, and SHANE                  :
COOKE,                                          :
           Defendants.                          :
-------------------------------------------------------x
-------------------------------------------------------x
SIDNEY D. FELDMAN FAMILY TRUST,                 :
individually an on behalf of all others         :
similarly situated,                             :        Case No. 05-CV-10481-JLT
                                                :
           Plaintiff,                           :
                                                :
v.                                              :
                                                :
                                                :
ELAN CORPORATION, PLC, G. KELLY                 :
MARTIN, LARS ECKMAN, and SHANE                  :
COOKE,                                          :
           Defendants.                          :
-------------------------------------------------------x
```

**[PROPOSED] ORDER APPOINTING KYLE NEWCOMER
AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL**

WHEREAS, by his May 3, 2005 Motion, proposed Lead Plaintiff Kyle Newcomer moved for his appointment as a "lead plaintiff" in the above Class Actions and for approval of Mr. Newcomer's selection of Schatz & Nobel, P.C. as Lead Counsel;

WHEREAS, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), the Court finds that Mr. Newcomer is the "most adequate plaintiff";

NOW THEREFORE, based upon the Declaration of Justin S. Kudler, the exhibits thereto, and the memorandum of law in support of Mr. Newcomer's Motion;

IT IS HEREBY ORDERED that

1. Mr. Newcomer is appointed as Lead Plaintiff; and

2. Mr. Newcomer's selection of Schatz & Nobel, P.C. as Lead Counsel is hereby approved.

DATED: _____, 2005                    SO ORDERED:

                                                  _____
                                                  HON. JOSEPH L. TAURO

Case 1:05-cv-10413-JLT    Document 20-2    Filed 05/03/2005    Page 3 of 3