# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------------------------------x

| | | |
|---|---|---|
| WENDELL WILLIAMS, individually and on behalf of all others similarly situated, | : | **Case No. 05-CV-10413-JLT** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ELAN CORPORATION, PLC, G. KELLY MARTIN, LARS ECKMAN, and SHANE COOKE, | : | |
| Defendants. | : | |

-------------------------------------------------------x
-------------------------------------------------------x

| | | |
|---|---|---|
| SIDNEY D. FELDMAN FAMILY TRUST, individually an on behalf of all others similarly situated, | : | **Case No. 05-CV-10481-JLT** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ELAN CORPORATION, PLC, G. KELLY MARTIN, LARS ECKMAN, and SHANE COOKE, | : | |
| Defendants. | : | |

-------------------------------------------------------x

## DECLARATION OF JUSTIN S. KUDLER

JUSTIN S. KUDLER hereby declares as follows:

1.      I am an attorney with the law firm of Schatz & Nobel, P.C., counsel for proposed lead plaintiff Kyle Newcomer ("Newcomer").

2.      This declaration is submitted in support of Mr. Newcomer's Motion for Appointment of Lead Plaintiff on behalf of investors who purchased or otherwise acquired the publicly traded securities of Elan Corp., PLC from February 18, 2004 through February 25, 2005, inclusive (the "Class"), and for approval of Mr. Newcomer's choice of Schatz & Nobel, P.C. as Lead Counsel for the Class.

3.      Attached hereto as Exhibit A is a true and accurate copy of the Certification of Named Plaintiff signed by Mr. Newcomer and a loss chart analyzing Mr. Newcomer's transactions in Elan Corp., PLC during the Class Period.

5.      Attached hereto as Exhibit B  is a true and correct copy of the Notice that Johnson & Perkinson published on Primezone on March 4, 2005.

6.      Attached hereto as Exhibit C  is the firm resume for Schatz & Nobel, P.C.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of May, 2005.

By: /s/  Justin S. Kudler
Justin S. Kudler

-2-

CERTIFICATE OF SERVICE

I hereby certify that this document was served via U.S. mail on this 3rd day of May, 2005 on all parties not registered electronically.

/s/ NANCY A. KULESA

## CERTIFICATION OF NAMED PLAINTIFF

I, _Kyle L. Newcomer_ hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.    I have reviewed the complaint (the "Complaint") and would be willing to serve as a lead plaintiff on behalf of the class (the "Class") as defined in the Complaint, including providing testimony at deposition and trial, if necessary.

2.    I did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in this private action.

3.    My transactions in the securities of Elan Corp., plc during the Class Period defined in the Complaint are set forth on Schedule A attached hereto.

4.    During the three years prior to the date of this Certification, I have not sought to serve, nor have I served, as a representative party on behalf of a class in any private action arising under the federal securities laws.

5.    I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10 day of March, 2005.

## SCHEDULE A - TRANSACTIONS IN ELAN CORP. PLC

### Purchases of Elan Corp. plc Securities

| Date | Transaction | Price |
|------|-------------|-------|
| 5/18/2004 | Buy   3900 ELN ADRs | $22.68 |
| 5/18/2004 | Buy   1000 ELN ADRs | $22.67 |
| 5/18/2004 | Buy    800 ELN ADRs | $22.45 |
| 5/18/2004 | Buy   1200 ELN ADRs | $22.44 |
| 5/18/2004 | Buy   2100 ELN ADRs | $22.45 |
| 5/18/2004 | Buy    100 ELN ADRs | $22.44 |
| 5/18/2004 | Buy    800 ELN ADRs | $22.41 |
| 7/9/2004 | Buy    400 ELN ADRs | $25.00 |
| 7/9/2004 | Buy   1600 ELN ADRs | $25.00 |
| 7/19/2004 | Buy   1000 ELN ADRs | $24.19 |
| 7/19/2004 | Buy    900 ELN ADRs | $24.51 |
| 7/19/2004 | Buy    100 ELN ADRs | $24.51 |
| 7/19/2004 | Buy   1600 ELN ADRs | $25.47 |
| 7/19/2004 | Buy    400 ELN ADRs | $25.47 |
| 7/19/2004 | Buy    500 ELN ADRs | $25.50 |
| 7/20/2004 | Buy   1000 ELN ADRs | $23.81 |
| 7/26/2004 | Buy    200 ELN ADRs | $22.25 |
| 7/26/2004 | Buy    300 ELN ADRs | $22.50 |
| 7/26/2004 | Buy    500 ELN ADRs | $22.25 |
| 7/27/2004 | Buy    100 ELN ADRs | $20.38 |
| 7/27/2004 | Buy    100 ELN ADRs | $20.00 |
| 7/27/2004 | Buy    100 ELN ADRs | $20.30 |
| 7/28/2004 | Buy    500 ELN ADRs | $20.24 |
| 7/28/2004 | Buy    100 ELN ADRs | $20.36 |
| 7/28/2004 | Buy    100 ELN ADRs | $20.36 |
| 7/29/2004 | Buy    200 ELN ADRs | $19.88 |
| 7/29/2004 | Buy    200 ELN ADRs | $20.19 |
| 7/29/2004 | Buy    300 ELN ADRs | $19.89 |
| 7/29/2004 | Buy    200 ELN ADRs | $19.88 |
| 7/29/2004 | Buy    500 ELN ADRs | $20.40 |
| 7/29/2004 | Buy    500 ELN ADRs | $20.37 |
| 7/30/2004 | Buy    400 ELN ADRs | $20.72 |
| 7/30/2004 | Buy    100 ELN ADRs | $20.65 |
| 8/9/2004 | Buy    500 ELN ADRs | $17.65 |
| 8/9/2004 | Buy   1000 ELN ADRs | $17.59 |
| 8/10/2004 | Buy   1000 ELN ADRs | $18.40 |
| 8/11/2004 | Buy   1000 ELN ADRs | $20.03 |
| 8/16/2004 | Buy    500 ELN ADRs | $21.11 |
| 8/17/2004 | Buy    400 ELN ADRs | $20.25 |
| 8/18/2004 | Buy    300 ELN ADRs | $21.43 |
| 8/20/2004 | Buy    200 ELN ADRs | $22.41 |
| 8/20/2004 | Buy    100 ELN ADRs | $21.91 |
| 8/23/2004 | Buy   2000 ELN ADRs | $22.16 |
| 8/27/2004 | Buy    300 ELN ADRs | $22.55 |
| 8/27/2004 | Buy    200 ELN ADRs | $22.75 |
| 9/1/2004 | Buy    100 ELN ADRs | $22.89 |

| Date | | | | Price |
|---|---|---|---|---|
| 9/1/2004 | Buy | 100 | ELN ADRs | $22.89 |
| 9/9/2004 | Buy | 200 | ELN ADRs | $23.37 |
| 9/13/2004 | Buy | 100 | ELN ADRs | $23.54 |
| 9/14/2004 | Buy | 200 | ELN ADRs | $24.08 |
| 9/17/2004 | Buy | 200 | ELN ADRs | $24.33 |
| 9/17/2004 | Buy | 100 | ELN ADRs | $24.29 |
| 9/21/2004 | Buy | 100 | ELN ADRs | $24.37 |
| 9/22/2004 | Buy | 100 | ELN ADRs | $24.59 |
| 10/20/2004 | Buy | 400 | ELN ADRs | $23.55 |
| 10/20/2004 | Buy | 100 | ELN ADRs | $23.55 |
| 10/22/2004 | Buy | 500 | ELN ADRs | $24.73 |
| 10/25/2004 | Buy | 100 | ELN ADRs | $25.25 |
| 10/25/2004 | Buy | 100 | ELN ADRs | $25.25 |
| 10/27/2004 | Buy | 300 | ELN ADRs | $26.24 |
| 11/5/2004 | Buy | 100 | ELN ADRs | $27.98 |
| 11/5/2004 | Buy | 300 | ELN ADRs | $27.97 |
| 11/5/2004 | Buy | 100 | ELN ADRs | $27.98 |
| 11/8/2004 | Buy | 500 | ELN ADRs | $29.04 |
| 11/10/2004 | Buy | 700 | ELN ADRs | $29.50 |
| 11/10/2004 | Buy | 50 | ELN ADRs | $29.75 |
| 11/10/2004 | Buy | 250 | ELN ADRs | $29.75 |
| 11/12/2004 | Buy | 500 | ELN ADRs | $29.90 |
| 11/12/2004 | Buy | 500 | ELN ADRs | $29.90 |
| 11/17/2004 | Buy | 2000 | ELN ADRs | $29.82 |
| 11/18/2004 | Buy | 600 | ELN ADRs | $29.65 |
| 11/18/2004 | Buy | 300 | ELN ADRs | $29.65 |
| 11/18/2004 | Buy | 100 | ELN ADRs | $29.65 |
| 11/22/2004 | Buy | 1000 | ELN ADRs | $28.30 |
| 11/23/2004 | Buy | 300 | ELN ADRs | $27.65 |
| 11/23/2004 | Buy | 300 | ELN ADRs | $27.65 |
| 11/23/2004 | Buy | 400 | ELN ADRs | $27.70 |
| 11/23/2004 | Buy | 1000 | ELN ADRs | $27.29 |
| 11/23/2004 | Buy | 1000 | ELN ADRs | $27.60 |
| 11/23/2004 | Buy | 1000 | ELN ADRs | $28.10 |
| 11/24/2004 | Buy | 600 | ELN ADRs | $26.80 |
| 11/24/2004 | Buy | 1900 | ELN ADRs | $26.80 |
| 11/26/2004 | Buy | 200 | ELN ADRs | $27.84 |
| 11/26/2004 | Buy | 300 | ELN ADRs | $27.84 |
| 11/29/2004 | Buy | 900 | ELN ADRs | $28.20 |
| 11/29/2004 | Buy | 100 | ELN ADRs | $28.25 |
| 12/13/2004 | Buy | 100 | ELN ADRs | $28.13 |
| 1/6/2005 | Buy | 700 | ELN ADRs | $27.65 |
| 1/6/2005 | Buy | 400 | ELN ADRs | $27.65 |
| 1/6/2005 | Buy | 600 | ELN ADRs | $27.66 |
| 1/6/2005 | Buy | 1300 | ELN ADRs | $27.67 |
| 1/6/2005 | Buy | 500 | ELN ADRs | $27.69 |
| 1/7/2005 | Buy | 2300 | ELN ADRs | $27.72 |
| 1/10/2005 | Buy | 400 | ELN ADRs | $28.15 |
| 1/10/2005 | Buy | 5700 | ELN ADRs | $28.15 |
| 1/11/2005 | Buy | 1000 | ELN ADRs | $28.29 |
| 1/18/2005 | Buy | 200 | ELN ADRs | $28.49 |
| 1/18/2005 | Buy | 1800 | ELN ADRs | $28.49 |

| | | | |
|---|---|---|---|
| 2/1/2005 | Buy | 900 ELN ADRs | $27.59 |
| 2/1/2005 | Buy | 100 ELN ADRs | $27.00 |
| 2/2/2005 | Buy | 100 ELN ADRs | $27.75 |
| 2/3/2005 | Buy | 400 ELN ADRs | $27.90 |
| 2/4/2005 | Buy | 200 ELN ADRs | $28.39 |
| 2/4/2005 | Buy | 300 ELN ADRs | $28.39 |
| 2/7/2005 | Buy | 200 ELN ADRs | $28.45 |
| 2/7/2005 | Buy | 100 ELN ADRs | $28.45 |
| 2/9/2005 | Buy | 100 ELN ADRs | $26.87 |
| 2/9/2005 | Buy | 4000 ELN ADRs | $26.87 |
| 2/9/2005 | Buy | 800 ELN ADRs | $26.85 |
| 2/9/2005 | Buy | 700 ELN ADRs | $26.97 |
| 2/9/2005 | Buy | 2000 ELN ADRs | $26.86 |
| 2/11/2005 | Buy | 500 ELN ADRs | $27.44 |
| 2/16/2005 | Buy | 100 ELN ADRs | $27.49 |
| 2/17/2005 | Buy | 3000 ELN ADRs | $28.01 |

**Sales of Elan Corp. plc Securities**

| Date | | | Price |
|---|---|---|---|
| 7/16/2004 | Sell | 2500 ELN ADRs | $25.00 |
| 7/26/2004 | Sell | 1000 ELN ADRs | $20.00 |
| 7/26/2004 | Sell | 1000 ELN ADRs | $19.51 |
| 7/29/2004 | Sell | 500 ELN ADRs | $19.25 |
| 7/29/2004 | Sell | 500 ELN ADRs | $19.27 |
| 7/29/2004 | Sell | 1000 ELN ADRs | $20.04 |
| 7/30/2004 | Sell | 100 ELN ADRs | $20.51 |
| 8/2/2004 | Sell | 500 ELN ADRs | $19.90 |
| 8/2/2004 | Sell | 300 ELN ADRs | $20.03 |
| 8/4/2004 | Sell | 2000 ELN ADRs | $19.21 |
| 8/4/2004 | Sell | 800 ELN ADRs | $19.21 |
| 8/4/2004 | Sell | 1200 ELN ADRs | $19.21 |
| 8/4/2004 | Sell | 2000 ELN ADRs | $19.24 |
| 8/4/2004 | Sell | 700 ELN ADRs | $19.20 |
| 8/4/2004 | Sell | 1000 ELN ADRs | $19.21 |
| 8/4/2004 | Sell | 300 ELN ADRs | $19.21 |
| 8/4/2004 | Sell | 700 ELN ADRs | $19.21 |
| 8/4/2004 | Sell | 300 ELN ADRs | $19.21 |
| 8/17/2004 | Sell | 500 ELN ADRs | $21.02 |
| 8/20/2004 | Sell | 3100 ELN ADRs | $20.00 |
| 8/20/2004 | Sell | 1900 ELN ADRs | $17.50 |
| 8/31/2004 | Sell | 100 ELN ADRs | $22.44 |
| 8/31/2004 | Sell | 100 ELN ADRs | $22.43 |
| 9/20/2004 | Sell | 100 ELN ADRs | $24.04 |
| 9/20/2004 | Sell | 200 ELN ADRs | $24.04 |
| 9/22/2004 | Sell | 200 ELN ADRs | $23.43 |
| 9/23/2004 | Sell | 500 ELN ADRs | $23.10 |
| 10/1/2004 | Sell | 500 ELN ADRs | $23.10 |
| 10/5/2004 | Sell | 400 ELN ADRs | $22.34 |
| 10/5/2004 | Sell | 400 ELN ADRs | $22.34 |
| 10/5/2004 | Sell | 200 ELN ADRs | $23.10 |
| 10/12/2004 | Sell | 500 ELN ADRs | $21.86 |
| 11/19/2004 | Sell | 100 ELN ADRs | $27.91 |
| 11/19/2004 | Sell | 800 ELN ADRs | $27.91 |
| 11/19/2004 | Sell | 100 ELN ADRs | $27.91 |
| 11/22/2004 | Sell | 2000 ELN ADRs | $28.19 |
| 11/23/2004 | Sell | 800 ELN ADRs | $27.22 |
| 11/23/2004 | Sell | 1000 ELN ADRs | $27.05 |
| 11/23/2004 | Sell | 1000 ELN ADRs | $27.05 |
| 11/23/2004 | Sell | 200 ELN ADRs | $27.22 |
| 11/24/2004 | Sell | 1500 ELN ADRs | $27.45 |
| 11/24/2004 | Sell | 1500 ELN ADRs | $27.45 |
| 11/30/2004 | Sell | 300 ELN ADRs | $26.30 |
| 11/30/2004 | Sell | 2000 ELN ADRs | $26.30 |

| 11/30/2004 | Sell | 700 ELN ADRs | $26.30 |
| 11/30/2004 | Sell | 1000 ELN ADRs | $26.85 |
| 12/8/2004 | Sell | 1500 ELN ADRs | $26.11 |
| 12/8/2004 | Sell | 2200 ELN ADRs | $26.10 |
| 12/8/2004 | Sell | 5000 ELN ADRs | $26.04 |
| 12/8/2004 | Sell | 700 ELN ADRs | $26.11 |
| 12/8/2004 | Sell | 400 ELN ADRs | $26.10 |
| 12/8/2004 | Sell | 200 ELN ADRs | $28.10 |
| 1/20/2005 | Sell | 1000 ELN ADRs | $27.30 |
| 1/24/2005 | Sell | 500 ELN ADRs | $26.07 |
| 1/24/2005 | Sell | 200 ELN ADRs | $26.07 |
| 1/24/2005 | Sell | 300 ELN ADRs | $26.06 |
| 2/4/2005 | Sell | 300 ELN ADRs | $28.03 |
| 2/7/2005 | Sell | 200 ELN ADRs | $28.34 |
| 2/8/2005 | Sell | 800 ELN ADRs | $27.50 |
| 2/9/2005 | Sell | 400 ELN ADRs | $27.02 |
| 2/9/2005 | Sell | 100 ELN ADRs | $27.02 |
| 2/9/2005 | Sell | 1500 ELN ADRs | $27.01 |
| 2/9/2005 | Sell | 2000 ELN ADRs | $26.80 |
| 2/9/2005 | Sell | 200 ELN ADRs | $26.71 |
| 2/9/2005 | Sell | 300 ELN ADRs | $26.72 |
| 2/16/2005 | Sell | 100 ELN ADRs | $27.23 |
| 2/17/2005 | Sell | 200 ELN ADRs | $27.87 |
| 2/17/2005 | Sell | 1200 ELN ADRs | $27.87 |
| 2/17/2005 | Sell | 1100 ELN ADRs | $27.86 |
| 2/22/2005 | Sell | 500 ELN ADRs | $27.41 |

KYLE NEWCOMER

| Purchase Date | Number of Shares Purchased | Price Per Share | Purchase Cost | Sale Date | Number of Shares Sold | Sale Price Per Share | Total Sale Proceeds | Net Loss |
|---|---|---|---|---|---|---|---|---|
| 5/18/2004 | 3900 | $22.68 | $88,452.00 | 7/16/2004 | 2500 | $25.00 | $62,500.00 | |
| 5/18/2004 | 1000 | $22.67 | $22,670.00 | 7/26/2004 | 1000 | $20.00 | $20,000.00 | |
| 5/18/2004 | 800 | $22.45 | $17,960.00 | 7/26/2004 | 1000 | $19.51 | $19,510.00 | |
| 5/18/2004 | 1200 | $22.44 | $26,928.00 | 7/29/2004 | 500 | $19.25 | $9,625.00 | |
| 5/18/2004 | 2100 | $22.45 | $47,145.00 | 7/29/2004 | 500 | $19.27 | $9,635.00 | |
| 5/18/2004 | 100 | $22.44 | $2,244.00 | 7/29/2004 | 1000 | $20.04 | $20,040.00 | |
| 5/18/2004 | 800 | $22.41 | $17,928.00 | 7/30/2004 | 100 | $20.51 | $2,051.00 | |
| 7/9/2004 | 400 | $25.00 | $10,000.00 | 8/2/2004 | 500 | $19.90 | $9,950.00 | |
| 7/9/2004 | 1600 | $25.00 | $40,000.00 | 8/2/2004 | 300 | $20.03 | $6,009.00 | |
| 7/19/2004 | 1000 | $24.19 | $24,190.00 | 8/4/2004 | 2000 | $19.21 | $38,420.00 | |
| 7/19/2004 | 900 | $24.51 | $22,059.00 | 8/4/2004 | 800 | $19.21 | $15,368.00 | |
| 7/19/2004 | 100 | $24.51 | $2,451.00 | 8/4/2004 | 1200 | $19.21 | $23,052.00 | |
| 7/19/2004 | 1600 | $25.47 | $40,752.00 | 8/4/2004 | 2000 | $19.24 | $38,480.00 | |
| 7/19/2004 | 400 | $25.47 | $10,188.00 | 8/4/2004 | 700 | $19.20 | $13,440.00 | |
| 7/19/2004 | 500 | $25.50 | $12,750.00 | 8/4/2004 | 1000 | $19.21 | $19,210.00 | |
| 7/20/2004 | 1000 | $23.81 | $23,810.00 | 8/4/2004 | 300 | $19.21 | $5,763.00 | |
| 7/20/2004 | 200 | $22.25 | $4,450.00 | 8/4/2004 | 700 | $19.21 | $13,447.00 | |
| 7/26/2004 | 300 | $22.50 | $6,750.00 | 8/4/2004 | 300 | $19.21 | $5,763.00 | |
| 7/26/2004 | 500 | $22.25 | $11,125.00 | 8/17/2004 | 500 | $21.02 | $10,510.00 | |
| 7/27/2004 | 100 | $20.38 | $2,038.00 | 8/20/2004 | 3100 | $20.00 | $62,000.00 | |
| 7/27/2004 | 100 | $20.00 | $2,000.00 | 8/20/2004 | 1900 | $17.50 | $33,250.00 | |
| 7/28/2004 | 100 | $20.30 | $2,030.00 | 8/31/2004 | 100 | $22.44 | $2,244.00 | |
| 7/28/2004 | 100 | $20.36 | $2,036.00 | 8/31/2004 | 100 | $22.44 | $2,244.00 | |
| 7/28/2004 | 100 | $20.36 | $2,036.00 | 8/31/2004 | 100 | $22.43 | $2,243.00 | |
| 7/28/2004 | 500 | $20.24 | $10,120.00 | 9/20/2004 | 200 | $24.04 | $4,808.00 | |
| 7/28/2004 | 100 | $20.36 | $2,036.00 | 9/20/2004 | 200 | $24.04 | $4,808.00 | |
| 7/29/2004 | 200 | $20.19 | $4,038.00 | 9/20/2004 | 500 | $23.10 | $11,550.00 | |
| 7/29/2004 | 200 | $19.88 | $3,976.00 | 9/23/2004 | 500 | $23.10 | $11,550.00 | |
| 7/29/2004 | 200 | $19.88 | $3,976.00 | 9/22/2004 | 200 | $23.43 | $4,686.00 | |
| 7/29/2004 | 300 | $19.89 | $5,967.00 | 10/1/2004 | 500 | $23.10 | $11,550.00 | |
| 7/29/2004 | 200 | $19.88 | $3,976.00 | 10/1/2004 | 500 | $23.10 | $11,550.00 | |
| 7/29/2004 | 500 | $20.40 | $10,200.00 | 10/5/2004 | 400 | $22.34 | $8,936.00 | |
| 7/29/2004 | 500 | $20.37 | $10,185.00 | 10/5/2004 | 400 | $22.34 | $8,936.00 | |
| | | | | 10/5/2004 | 400 | $22.34 | $8,936.00 | |
| | | | | 10/5/2004 | 200 | $23.10 | $4,620.00 | |

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 7/30/2004 | 400 | $20.72 | $8,288.00 |
| 7/30/2004 | 100 | $20.65 | $2,066.00 |
| 8/9/2004 | 500 | $17.65 | $8,825.00 |
| 8/9/2004 | 1000 | $17.59 | $17,590.00 |
| 8/10/2004 | 1000 | $18.40 | $18,400.00 |
| 8/11/2004 | 1000 | $20.03 | $20,030.00 |
| 8/16/2004 | 500 | $21.11 | $10,555.00 |
| 8/17/2004 | 400 | $20.25 | $8,100.00 |
| 8/18/2004 | 300 | $21.43 | $6,429.00 |
| 8/20/2004 | 200 | $22.41 | $4,482.00 |
| 8/20/2004 | 100 | $21.91 | $2,191.00 |
| 8/23/2004 | 2000 | $22.16 | $44,320.00 |
| 8/27/2004 | 300 | $22.55 | $6,765.00 |
| 8/27/2004 | 200 | $22.75 | $4,550.00 |
| 8/27/2004 | 100 | $22.89 | $2,289.00 |
| 9/1/2004 | 100 | $22.89 | $2,289.00 |
| 9/1/2004 | 200 | $23.37 | $4,674.00 |
| 9/1/2004 | 200 | $24.08 | $4,816.00 |
| 9/9/2004 | 200 | $24.33 | $4,866.00 |
| 9/9/2004 | 100 | $23.54 | $2,354.00 |
| 9/13/2004 | 100 | $24.29 | $2,429.00 |
| 9/13/2004 | 100 | $24.37 | $2,437.00 |
| 9/14/2004 | 100 | $24.29 | $2,429.00 |
| 9/17/2004 | 100 | $24.59 | $2,459.00 |
| 9/17/2004 | 100 | $24.37 | $2,437.00 |
| 9/21/2004 | 400 | $23.55 | $9,420.00 |
| 9/22/2004 | 100 | $24.59 | $2,459.00 |
| 9/22/2004 | 100 | $24.59 | $2,459.00 |
| 10/20/2004 | 100 | $23.55 | $2,355.00 |
| 10/20/2004 | 100 | $23.55 | $2,355.00 |
| 10/20/2004 | 500 | $24.73 | $12,365.00 |
| 10/22/2004 | 100 | $25.25 | $2,525.00 |
| 10/22/2004 | 100 | $25.25 | $2,525.00 |
| 10/25/2004 | 300 | $26.24 | $7,872.00 |
| 10/25/2004 | 100 | $27.98 | $2,798.00 |
| 10/27/2004 | 100 | $27.97 | $2,798.00 |
| 11/5/2004 | 300 | $27.98 | $8,391.00 |
| 11/5/2004 | 500 | $29.04 | $14,520.00 |
| 11/5/2004 | 700 | $29.50 | $20,650.00 |
| 11/8/2004 | 500 | $29.04 | $14,520.00 |
| 11/10/2004 | 250 | $29.75 | $7,437.50 |
| 11/10/2004 | 50 | $29.75 | $1,487.50 |
| 11/10/2004 | 250 | $29.75 | $7,437.50 |
| 11/12/2004 | 500 | $29.90 | $14,950.00 |
| 11/12/2004 | 500 | $29.90 | $14,950.00 |

| Date | Quantity | Price | Amount |
|---|---|---|---|
| 10/12/2004 | 500 | $21.86 | $10,930.00 |
| 11/19/2004 | 100 | $27.91 | $2,791.00 |
| 11/19/2004 | 800 | $27.91 | $22,328.00 |
| 11/19/2004 | 100 | $27.91 | $2,791.00 |
| 11/19/2004 | 2000 | $28.19 | $56,380.00 |
| 11/22/2004 | 800 | $27.22 | $21,776.00 |
| 11/22/2004 | 1000 | $27.05 | $27,050.00 |
| 11/23/2004 | 1000 | $27.05 | $27,050.00 |
| 11/23/2004 | 1000 | $27.05 | $27,050.00 |
| 11/23/2004 | 200 | $27.22 | $5,444.00 |
| 11/23/2004 | 1500 | $27.45 | $41,175.00 |
| 11/23/2004 | 1500 | $27.45 | $41,175.00 |
| 11/24/2004 | 200 | $27.22 | $5,444.00 |
| 11/24/2004 | 500 | $26.07 | $13,035.00 |
| 11/24/2004 | 1000 | $27.30 | $27,300.00 |
| 11/30/2004 | 200 | $28.10 | $5,620.00 |
| 11/30/2004 | 700 | $26.11 | $18,277.00 |
| 11/30/2004 | 400 | $26.10 | $10,440.00 |
| 11/30/2004 | 5000 | $26.04 | $130,200.00 |
| 11/30/2004 | 1500 | $26.11 | $39,165.00 |
| 12/8/2004 | 700 | $26.30 | $18,410.00 |
| 12/8/2004 | 1000 | $26.85 | $26,850.00 |
| 12/8/2004 | 300 | $26.30 | $7,890.00 |
| 12/8/2004 | 2000 | $26.30 | $52,600.00 |
| 12/8/2004 | 200 | $26.71 | $5,342.00 |
| 12/8/2004 | 400 | $27.02 | $10,808.00 |
| 12/20/2004 | 1500 | $27.01 | $40,515.00 |
| 1/20/2005 | 2000 | $26.80 | $53,600.00 |
| 1/24/2005 | 100 | $27.02 | $2,702.00 |
| 1/24/2005 | 1000 | $22.00 | $22,000.00 |
| 1/24/2005 | 200 | $28.34 | $5,668.00 |
| 1/24/2005 | 300 | $28.03 | $8,409.00 |
| 2/4/2005 | 300 | $26.06 | $7,818.00 |
| 2/7/2005 | 200 | $26.07 | $5,214.00 |
| 2/8/2005 | 500 | $26.07 | $13,035.00 |
| 2/9/2005 | 400 | $27.50 | $11,000.00 |
| 2/9/2005 | 100 | $27.02 | $2,702.00 |
| 2/9/2005 | 1500 | $27.01 | $40,515.00 |
| 2/9/2005 | 2000 | $26.80 | $53,600.00 |
| 2/9/2005 | 200 | $26.71 | $5,342.00 |
| 2/16/2005 | 300 | $26.72 | $8,016.00 |
| 2/17/2005 | 100 | $27.23 | $2,723.00 |
| 2/17/2005 | 200 | $27.87 | $5,574.00 |
| 2/17/2005 | 1200 | $27.87 | $33,444.00 |
| 2/17/2005 | 1100 | $27.86 | $30,646.00 |

| Date | Quantity | Price | Total | | | |
|---|---|---|---|---|---|---|
| 11/17/2004 | 2000 | $29.82 | $59,640.00 | 2/22/2005 | | $27.41 | $13,705.00 |
| 11/18/2004 | 600 | $29.65 | $17,790.00 | | | |
| 11/18/2004 | 300 | $29.65 | $8,895.00 | HELD | | |
| 11/18/2004 | 100 | $29.65 | $2,965.00 | | | |
| 11/22/2004 | 1000 | $28.30 | $28,300.00 | | | |
| 11/22/2004 | 300 | $27.65 | $8,295.00 | | | |
| 11/23/2004 | 300 | $27.65 | $8,295.00 | | 500 | $27.41 |
| 11/23/2004 | 400 | $27.70 | $11,080.00 | | | |
| 11/23/2004 | 1000 | $27.29 | $27,290.00 | | | |
| 11/23/2004 | 1000 | $27.60 | $27,600.00 | | | |
| 11/23/2004 | 1000 | $28.10 | $28,100.00 | | | |
| 11/26/2004 | 600 | $26.80 | $16,080.00 | | 16500 | $5,628 | $92,862.000 |
| 11/24/2004 | 1900 | $26.80 | $50,920.00 | | 75500 | | $1,515,143.00 |
| 11/29/2004 | 900 | $28.20 | $25,380.00 | | | |
| 11/26/2004 | 300 | $27.84 | $8,352.00 | | | |
| 11/26/2004 | 200 | $27.84 | $5,568.00 | | | |
| 12/13/2004 | 100 | $28.13 | $2,813.00 | | | |
| 1/6/2005 | 700 | $27.65 | $19,355.00 | | | |
| 1/6/2005 | 400 | $27.65 | $11,060.00 | | | |
| 1/6/2005 | 600 | $27.66 | $16,596.00 | | | |
| 1/6/2005 | 1300 | $27.67 | $35,971.00 | | | |
| 1/6/2005 | 500 | $27.69 | $13,845.00 | | | |
| 1/7/2005 | 2300 | $27.72 | $63,756.00 | | | |
| 1/10/2005 | 400 | $28.15 | $11,260.00 | | | |
| 1/10/2005 | 5700 | $28.15 | $160,455.00 | | | |
| 1/11/2005 | 1000 | $28.29 | $28,290.00 | | | |
| 1/18/2005 | 200 | $28.49 | $5,698.00 | | | |
| 1/18/2005 | 1800 | $28.49 | $51,282.00 | | | |
| 2/1/2005 | 900 | $27.59 | $24,831.00 | | | |
| 2/1/2005 | 100 | $27.00 | $2,700.00 | | | |
| 2/2/2005 | 100 | $27.75 | $2,775.00 | | | |
| 2/3/2005 | 400 | $27.90 | $11,160.00 | | | |
| 2/4/2005 | 200 | $28.39 | $5,678.00 | | | |
| 2/4/2005 | 300 | $28.39 | $8,517.00 | | | |
| 2/7/2005 | 200 | $28.45 | $5,690.00 | | | |
| 2/7/2005 | 100 | $28.45 | $2,845.00 | | | |
| 2/9/2005 | 100 | $26.87 | $2,687.00 | | | |

| Date | Shares | Price | Amount |
|---|---|---|---|
| 2/9/2005 | 4000 | $26.87 | $107,480.00 |
| 2/9/2005 | 800 | $26.85 | $21,480.00 |
| 2/9/2005 | 700 | $26.97 | $18,879.00 |
| 2/9/2005 | 2000 | $26.86 | $53,720.00 |
| 2/11/2005 | 500 | $27.44 | $13,720.00 |
| 2/16/2005 | 100 | $27.49 | $2,749.00 |
| 2/17/2005 | 3000 | $28.01 | $84,030.00 |
| | 75500 | | $1,933,398.00 |

For shares held at the end of the Class Period, damages are calculated by multiplying the shares held by the average closing price for the 46 trading days since the end of the class period. The price used is $5.62

$418,255.00

Yahoo!  My Yahoo!  Mail            Search the Web [            ]    Search
**YAHOO!** FINANCE  **Sign In** Finance Home - Help    PRIMEZONE
New User?Sign Up

Welcome [Sign In]                    To track stocks & more, Register

## Financial News

Enter symbol(s) [            ]  Basic    [  ] Get | Symbol Lookup

**Press Release**                    Source: Johnson & Perkinson

# Johnson & Perkinson Announces Filing of Class Action Lawsuit Against Elan Corp., plc
Friday March 4, 3:53 pm ET

SOUTH BURLINGTON, Vt., March 4, 2005 (PRIMEZONE) -- Johnson & Perkinson (``J&P'') announces that it is commencing today in the U.S. District Court for the District of Massachusetts a class action on behalf of purchasers of Elan Corp., plc (``Elan'') (NYSE:ELN - News) securities during the period between February 18, 2004 and February 25, 2005 (the ``Class Period''). More information can be obtained on Johnson & Perkinson's website at http://www.jpclasslaw.com.

The complaint charges Elan and certain of its officers with violations of the Securities Exchange Act of 1934. Elan is engaged in the development and commercialization of TYSABRI, a vaccine designed to treat patients with multiple sclerosis (MS), slowing the progression of the disease and reducing incidents of relapses. Throughout the Class Period, defendants caused Elan to make a number of positive statements about the status of its clinical trials and the commercial potential of TYSABRI, causing Elan's stock to trade at artificially inflated prices. The Complaint alleges that Elan violated federal securities laws by issuing false or misleading information. Specifically, defendants failed to disclose and misrepresented the following material adverse facts: (i) that TYSABRI(r) (natalizumab), a monoclonal antibody for the treatment of Multiple Sclerosis (``MS''), posed serious immune-system side effects; (ii) that TYSABRI, like other MS drugs, made patients susceptible to progressive multifocal leukoencephalopathy (``PML'') by changing the way certain white blood cells function, thereby allowing PML, a normally dormant virus, to run rampant within the human body; (iii) that defendants knew and/or recklessly disregarded documented facts that MS drugs can cause greater incidents of PML to occur; and (iv) that defendants concealed these facts in order to fast track TYSABRI for FDA approval so that they could reap the financial benefits from the sales of the drug.

On February 28, 2005, Elan shocked the market by reporting that they were withdrawing TYSABRI from the market following reports of patients contracting PML, with at least one instance resulting in death. The announcement caused Elan's shares to plummet, declining over 70% to approximately $8 per share on February 28, 2005.

The plaintiff is represented by J&P, which has expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud. J&P is a litigation boutique dedicated to maximizing shareholders' returns and keeping the lead plaintiffs involved in the litigation. Attorneys Johnson and Perkinson are both former employees of the Securities and Exchange Commission. Members of the firm have prosecuted complex class actions on behalf of plaintiffs in the areas of securities and consumer fraud since 1985. Based in South Burlington, Vermont, the firm has prosecuted leading actions on behalf of defrauded investors against numerous public companies resulting in the recovery of many millions of dollars and has been singled out for its excellence by various courts. The firm is currently lead or co-lead counsel in securities class actions pending against Xerox, Priceline, i2, Allaire, and Exchange Applications and serves

on the Executive Committee in the Global Crossing case.

Plaintiff seek to recover damages on behalf of all purchasers of Elan securities during the Class Period (the ``Class''). If you bought Elan securities between February 18, 2004 and February 25, 2005 you may, no later than May 3, 2005, move the Court to serve as lead plaintiff of the Class. In order to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or rights or interests with respect to these matters, please contact: Robin Freeman, Esquire at Johnson & Perkinson, toll free at 1-877-266-2133, via e-mail at email@jpclasslaw.com, or write to Johnson & Perkinson, P.O. Box 2305, South Burlington, Vermont 05403.

More information on this and other class actions can be found on the Class Action Newsline at http://www.primezone.com/ca

*Contact:*

```
Johnson & Perkinson
1-877-266-2133
```

Source: Johnson & Perkinson

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2005 PrimeZone Media Network. All rights reserved. Redistribution of this content is expressly prohibited without prior written consent. PrimeZone makes no claims concerning the accuracy or validity of the information, and shall not be held liable for any errors, delays, omissions or use thereof.

# SCHATZ & NOBEL, P.C.

ATTORNEYS AT LAW

One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103

Phone:  (860) 493-6292                                    Email: firm@snlaw.net
Fax:  (860) 493-6290                                       Web Site:  SNLAW.net

## RESUME OF SCHATZ & NOBEL, P.C.

Schatz & Nobel, P.C. is one of the premier firms engaged in class action litigation on behalf of investors alleging misrepresentations in connection with the purchase or sale of securities.  We are currently lead or primary counsel in many large securities or ERISA class actions, including cases against AT&T, AOL Time Warner, JDS Uniphase, Cable & Wireless, Sprint, and Tyco International.  In the securities fraud class action against Campbell Soup Company, we represented the pension funds of the State of Connecticut as lead plaintiff.  We recently settled the securities fraud class action on behalf of investors in Smallworldwide plc, for over 85% of the total losses claimed by class members.

Schatz & Nobel, P.C. has been formally appointed by many courts as lead counsel or co-lead counsel for investors in securities class actions, including Papanikolaou v. Value-Added Communications, et al., No. 3-95CV0346-H (N.D. Tex.), Gorga v. Uniroyal Chemical Corporation et al., No. CV-96-0132014-S (Conn. Super.); David v. Simware, Inc. et al. No. 96/602143 (N.Y. Sup.), Butler et al. v. Northstar Health Services, Inc. et al., No. 96-701 (W.D. Pa.), Allen, et al v. Johansson, et al., 397CV02172 (RNC) (D. Conn.), Feiner v. SS&C Technologies, Inc. et al., 397CV0656 (D. Conn.), Berti, et al. v. Videolan Technologies, Inc., et al., No.3:97CV296H (W.D. Ky.), Ganino, et al v. Citizens Utilities Company, et al, No. 398CV00480 (JBA) (D. Conn.), Bunting, et al v. HealthCor Holdings, Inc., et al., No. 398CV0744-D (N.D. Tex.), Hirsch, et al. v. PSS World Medical, Inc., et al., No. 98 502 Civ. J20A (M.D. Fla.), Kenneth Blau, et al v. Douglas Murphy, et al, No. H 99 0535 (S.D. Tex.),

**SCHATZ & NOBEL, P.C.**

_Angres v. Smallworldwide plc_, No. 99-K-1254 (D. Colo.), _In re Complete Management, Inc. Sec._
_Litig._, No. 99 Civ. 1454 (S.D.N.Y.), _Allain Roy v. dElia*s, Inc., et al._, No. 99 Civ. 3951 (JES)
(S.D.N.Y.), _Russo, et al v. KTI, Inc., et al._, No. 99-1780 (JAG) (D.N.J.); _Laborers Local 1298_
_Pension Fund v. Campbell Soup Company, et al._, No. 00-152 (JEI) (D.N.J.); _Hart v. Internet_
_Wire, et al._, No. 00 Civ. 6571 (S.D.N.Y.), _Ottmann v. Hanger Orthopedic Group, Inc., et al._,
Civil Action No. AW 00CV3508 (D. Md.), _In re PolyMedica Corp. Sec. Litig._, No. 00-12426-
REK (D. Mass.), _Karl L. Kapps, et al. v. Torch Offshore, Inc., et al._, Case No. 02-CV-0582 (E.D.
La), _In re Cable and Wireless, PLC, Securities Litigation_, Civil Action No. 02-1860 (E.D. Va), _In_
_re Alloy, Inc. Securities Litigation_, Case No. 03-CV-1597 (S.D.N.Y.), _In re Surebeam_
_Corporation Securities Litigation_, Case No. 03-CV-1721 (S.D. Cal); _In re Primus_
_Telecommunications Group, Inc. Securities Litigation_, Master Case No. 04-970-A (E.D. Va.); _In_
_re Netopia Securities Litigation_, Case No. C 04-3364 (N.D. Cal); and _Malasky v._
_IAC/InterActive Corp., et al._, Case No. 04-CV-7447 (S.D.N.Y.).

 We have also been responsible for many important decisions which have advanced the
cause of shareholder protection through the federal securities laws, including in _Ganino, et al v._
_Citizens Utilities Company, et al_, 228 F.3d 154 (2d Cir. 2000), _In re Campbell Soup Securities_
_Litigation_, 145 F. Supp.2d 574 (D.N.J. 2001), _In re Complete Management, Inc. Sec. Litig._, 153
F.Supp. 2d 314 (S.D.N.Y. 2001), _Angres v. Smallworldwide, plc_, 94 F. Supp.2d 1167 (D. Colo.
2000), and _Feiner v.S&C Technologies, Inc._, 47 F. Supp.2d 250 (D. Conn. 1999).

 In ERISA cases, Schatz & Nobel has been formally appointed as co-lead counsel in
_Overby v. Tyco International, Ltd._, No. 02-CV-1357-B (D.N.H.); _In re Reliant Energy ERISA_
_Litigation._, No. H-02-2051 (S.D. Tex.); _In re AOL Time Warner, Inc. Securities and ERISA_
_Litigation_, MDL Docket No. 1500 (S.D.N.Y.); _In re AEP ERISA Litigation_, Case No. C2-03-67
(S.D.Ohio); _Pettit v. JDS Uniphase Corporation_, Civil Action No. 03-4743-CW (N.D.Cal.), and

SCHATZ & NOBEL, P.C.

In re Sprint Corporation ERISA Litigation, Master File No. 2:03-cv-02202-JWL (D.Kan.); and to the Steering Committee in Tittle v. Enron Corp., No. H-01-3913 (S.D. Tex.) and In re Electronic Data Systems ERISA Litigation, 3:02-cv-1323 (E.D.Tex.).  We are also class counsel on behalf of retirement plan participants in class actions in which no lead counsel has been formally appointed in Furstenau v. AT&T, Case No. 02 CV 8853 (D.N.J.).  We are also responsible for the seminal decision in Vivien v. Worldcom, Civil Action No. 2-01329 (N.D.Cal.) in which the Court in denying a motion to dismiss affirmed the legal theory upon which these cases are based.

PARTNERS

Andrew M. Schatz is a graduate of Cornell University, with honors, and graduated from Harvard Law School (J.D., *cum laude*) in 1976.  Mr. Schatz joined the Chicago firm now known as Sachnoff & Weaver, and he became a partner of that firm in 1979. While at Sachnoff & Weaver, Mr. Schatz primarily handled plaintiffs class action litigation and was involved in the prosecution of major securities class actions, including cases against Equity Funding Corp. of America and the Washington Public Power Supply System.

In 1987, Mr. Schatz joined Schatz & Schatz, Ribicoff & Kotkin in Hartford, Connecticut, where he headed that firm's corporate and securities litigation practice. While at Schatz & Schatz, Ribicoff & Kotkin, Mr. Schatz represented publicly-held corporations and their directors and officers as defendants in securities class actions, including North American Holding Corporation, Gateway Financial Corporation, Ames Department Stores and All For A Dollar.

Mr. Schatz is a member of the Securities Advisory Council to the Connecticut Department of Banking, a member of the Connecticut and American Bar Associations and a speaker on panels relating to the duties of directors of publicly held corporations.

Jeffrey S. Nobel graduated from Albany Law School in 1989, where he was Associate Editor of its Law Review.  Following his graduation from law school, Mr. Nobel joined Schatz &

SCHATZ & NOBEL, P.C.

Schatz, Ribicoff & Kotkin.  While at Schatz & Schatz, Ribicoff & Kotkin, Mr. Nobel represented

the officer defendants in the <u>Ames Department Stores</u> class actions and also represented

corporations and their officers and directors in other federal securities fraud litigation.

<u>Robert A. Izard, Jr</u>., former chair of the Commercial and Business Litigation Committee

of the Litigation Section of the American Bar Association, received his B.A. from Yale

University and his J.D., with honors, from Emory University, where he was elected to the Order

of the Coif, and was an editor of the *Emory Law Journal*.  From 1987 until 2001, Mr. Izard

practiced law with the firm of Robinson & Cole, primarily in the areas of securities and corporate

litigation, representing issuers, brokers, law firms and underwriters in a wide range of actions

under both federal and state securities laws and RICO, as well as representing shareholders and

directors in proxy contests and intracorporate disputes.  He has also represented clients in

investigations and enforcement actions by the Securities and Exchange Commission and the

State of Connecticut Department of Banking, and in various arbitration and disciplinary actions.

Mr. Izard has substantial jury and nonjury trial experience, including a seven-month jury

trial in federal district court.  He is experienced in various forms of alternative dispute resolution,

including mediation and arbitration, and is also a Distinguished Neutral for the CPR Institute for

Dispute Resolution.  Mr. Izard is the author of *Lawyers and Lawsuits: A Guide to Litigation*

published by Simon and Schuster.

<u>COUNSEL</u>

<u>Barbara F. Wolf</u> graduated from the University of Chicago with a B.A. with honors in

Economics, and from Northwestern Law School in 1979, where she was a member of the Law

Review.  Formerly a partner at Sachnoff & Weaver in Chicago, Illinois, Ms. Wolf is experienced

in antitrust, securities and other complex litigation.

SCHATZ & NOBEL, P.C.

<u>ASSOCIATES</u>

        <u>William Bernarduci</u> received a Bachelor of Science in Business Administration from

Bucknell University and graduated *magna cum laude* from New York Law School in 1995,

where he was a member of the *New York Law School Law Review*.  Upon graduation, he served

as a law clerk for the Honorable Nina Gershon, District Judge, United States District Court

Eastern District of New York.  Prior to joining the firm, he represented numerous clients in

complex securities litigation at the New York offices of Skadden, Arps, Slate, Meagher & Flom

LLP and Dornbush Mensch Mandelstam & Schaeffer, LLP. Mr. Bernarduci is admitted to the

Connecticut and New York bars.

        <u>Seth R. Klein</u> graduated *cum laude* from both Yale University and, in 1996, from the

University of Michigan Law School, where he was a member of the *Michigan Law Review* and

the Moot Court Board and where he was elected to the Order of the Coif.  After clerking for the

Hon. David M. Borden of the Connecticut Supreme Court, Mr. Klein served as an Assistant

Attorney General for the State of Connecticut, where he focused on consumer protection matters,

and as an associate with the reinsurance litigation group at Cadwalader, Wickersham & Taft LLP

in New York.

        <u>Wayne T. Boulton</u> is a graduate with honors of the University of Connecticut School of

Law.  Since graduating in 1997, Mr. Boulton has focused his practice on litigating complex

commercial cases.

        <u>Justin S. Kudler</u> graduated from Harvard University *cum laude* in Government in 1995

and from the University of Virginia School of Law in 1999, where he served as Executive Editor

of *The Virginia Journal of Law and Technology*.  Before joining Schatz & Nobel in 2002, Mr.

SCHATZ & NOBEL, P.C.

Kudler handled securities litigation and other matters at Mintz, Levin, Cohn, Ferris, Glovsky, & Popeo, P.C. in Boston, Massachusetts.

Eric L. Palmquist graduated from Cornell Law School *magna cum laude* in 1999, where he was a member of the Cornell Law Review and was elected Order of the Coif.  Before joining Schatz & Nobel in 2004, Mr. Palmquist worked at Dewey Ballantine LLP in New York and at Axinn Veltrop & Harkrider LLP in Hartford.

Nancy A. Kulesa graduated from Fordham University with a B.A. with honors in International Politics, and from the University of Connecticut School of Law in 2001.  Ms. Kulesa also studied International Law at the University of London.