UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDELL WILLIAMS, individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> vs. <br><br> ELAN CORPORATION, plc, <br> G. KELLY MARTIN, LARS ECKMAN <br> and SHANE COOKE, <br><br> Defendants. | CIVIL ACTION NO.: 05-cv-10413-JLT |

## THE WILLIAMS GROUP'S MOTION FOR CONSOLIDATION OF RELATED CASES AND APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

Plaintiffs and Class members Wendell Williams, Donato Pasquarelli, David Francoeur and Daniel Leahy (collectively, "the Williams Group"), by and through their selected counsel, hereby move the Court to consolidate all related actions filed in this District into the above-entitled and numbered action, for the appointment of the Williams Group as Lead Plaintiffs in all consolidated actions, and for the appointment of the Williams Group's selected counsel, Johnson & Perkinson, as Lead Counsel for the plaintiff class ("Class") and Law Offices of Peter Lagorio as Local Counsel in the consolidated action.

It is believed there are several other actions presently pending in this District alleging class-action, securities-fraud claims against Elan Corp., plc, G. Kelly Martin, Lars Eckman and Shane Cooke (collectively "Defendants") that are substantially similar to the instant action. As more fully set forth in the accompanying Memorandum, in each

of these actions, Plaintiffs allege Defendants violated federal securities laws by materially misrepresenting the status and results of its clinical trials regarding the drug treatment Tysabri and the potential risks and ultimate marketability of Tysabri. The Williams Group respectfully moves the Court for an order consolidating all such related actions, and any subsequently-filed related actions, into the above-entitled and numbered action under Rule 42(a) of the Federal Rules of Civil Procedure ("Federal Rules").

The Williams Group also moves the Court for its appointment to serve as Lead Plaintiffs in the prosecution of this securities action under Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"). The Williams Group further moves the Court under the PSLRA for the approval and appointment of its choice of Johnson & Perkinson as Lead Counsel for the Class and Law Offices of Peter Lagorio to serve as Local Counsel.

As more fully set-out in the accompanying memorandum of law, the Williams Group makes this motion on the ground it is the most adequate plaintiff as defined by the PSLRA. Specifically, it is believed the Williams Group represents the single largest demonstrated interest in the relief sought herein; the Williams Group's claims are typical of the claims of the entire Class, thus complying with Rule 23 of the Federal Rules; and the Williams Group will fairly and adequately represent the interests of the Class.

The accompanying memorandum of law also describes the significant experience in the prosecution of class-action, securities litigation attained by the Williams Group's selected counsel, Johnson & Perkinson, supporting the Williams Group's request that the Court appoint its selected attorneys as lead counsel for the Class.

**WHEREFORE**, the Williams Group respectfully moves the Court for an Order, in the form filed herewith, as follows: (a) transferring all related actions to this Court and consolidating all related actions pending in this District, and any subsequently-filed related actions, into the above-entitled and numbered action; (b) appointing the Williams Group as Lead Plaintiff for the Class; (c) appointing the Williams Group's selected counsel, Johnson & Perkinson, as Lead Counsel for the Class; and (d) appointing Law Offices of Peter Lagorio as Local Counsel.

DATED: May 3, 2005

THE WILLIAMS GROUP

By: /s/ Peter A. Lagorio

Peter A. Lagorio (BBO#567379)
63 Atlantic Avenue
Boston, MA 02110
Tel: (617) 367-4200
Fax: (617) 227-3384

Dennis J. Johnson, Esq.
Robin A. Freeman, Esq.
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060

*Counsel to Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDELL WILLIAMS, individually and On Behalf of All Others Similarly Situated, ) ) | No. 04-11599-GAO |
| Plaintiff, ) ) | |
| vs. ) ) | |
| ELAN CORPORATION, plc, ) G. KELLY MARTIN, LARS ECKMAN ) And SHANE COOKE, ) ) | |
| Defendants. ) ) | |

### Certificate of Service

I, Peter A. Lagorio, hereby certify that on May 3, 2005 I served a copy of the following documents via first class mail, postage paid, to all counsel of record in this action:

1. The Williams Group's Motion For Consolidation of Related Cases And Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel;
2. Memorandum of Law in Support of the Williams Group's Motion For Consolidation of Related Cases and Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel;
3. Proposed Order.

Signed under the penalties of perjury this 3rd day of May, 2005

Peter A. Lagorio BBO#567379
LAW OFFICE OF PETER A. LAGORIO
63 Atlantic Avenue
Boston, MA 02110