UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDELL WILLIAMS, individually and On Behalf of All Others Similarly Situated, ) | ~~No. 04-11599-GAO~~ |
| Plaintiff, ) | 05cv10413 JLT |
| vs. ) | |
| ELAN CORPORATION, plc, G. KELLY MARTIN, LARS ECKMAN And SHANE COOKE, ) | |
| Defendants. ) | |

### Certificate of Service

I, Peter A. Lagorio, hereby certify that on May 3, 2005 I served a copy of the following documents via first class mail, postage paid, to all counsel of record in this action:

1. The Williams Group's Motion For Consolidation of Related Cases And Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel;
2. Memorandum of Law in Support of the Williams Group's Motion For Consolidation of Related Cases and Appointment as Lead Plaintiff and Approval of its Selection of Lead Counsel;
3. Proposed Order.

Signed under the penalties of perjury this 3rd day of May, 2005

Peter A. Lagorio BBO#567379
LAW OFFICE OF PETER A. LAGORIO
63 Atlantic Avenue
Boston, MA 02110

