Wendell Williams, et. al., Plaintiff(s)
vs.
Elan Corporation, plc, et al, et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

--Lars Eckman, aka Lars Ekman
Court Case No. 05 CV 10413 JLT

PETER A. LAGORIO, L.O.
Ms. Lynda Carey
63 Atlantic Avenue
Boston, MA 02110

State of: __CALIFORNIA__ ) ss.
County of: __SAN DIEGO__ )

Name of Server: __JACK H. YOUNG__, undersigned, being duly sworn. deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

Date/Time of Service: that on the __4th__ day of __May__, 20 __05__, at __1:30__ o'clock __P__ M

Place of Service: at __213 Avenida Cortez__, in __La Jolla, CA 92037__

Documents Served: the undersigned served the documents described as:
Summons; Amended Class Action Complaint

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Lars Eckman, aka Lars Ekman

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of __SIRI EKMAN__, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is __WIFE__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Brown__ ; Facial Hair __None__
Approx. Age __42__ ; Approx. Height __5'6"__ ; Approx. Weight __145 lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __5th__ day of __MAY__, 20 __05__

Signature of Server (Date) 5/5/5
APS International, Ltd.
APS File #: 071589-0001

Notary Public (Commission Expires)

JAMES J. MAISANO
Commission # 1463130
Notary Public - California
San Diego County
My Comm. Expires Feb 13, 2008

# UNITED STATES DISTRICT COURT

District of _____

Wendell Williams, individually and
on behalf of all others similarly situated,

v.

Elan Corporation, plc,
G. Kelly Martin,
Lars Eckman and
Shane Cooke,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**05 10413 JLT**

TO: (Name and address of Defendant)

Lars Eckman
213 Avenida Cortez
La Jolla CA 92037

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter A. Lagorio, Esq.
Law Office of Peter A. Lagorio
63 Atlantic Ave.
Boston MA 02110
(617) 367-4200

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: MAR - 4 2005

(By) DEPUTY CLERK