## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WENDELL WILLIAMS, individually and On Behalf of All Others Similarly Situated, | ) ) ) ) | |
| | ) ) | **CIVIL ACTION NO.: 05-cv-10413-JLT** |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| ELAN CORPORATION, plc, G. KELLY MARTIN, LARS ECKMAN and SHANE COOKE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL OF THE WILLIAMS GROUP'S MOTION FOR CONSOLIDATION OF RELATED CASES AND APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL

Plaintiffs and Class members Wendell Williams, Donato Pasquarelli, David Francoeur and Daniel Leahy (collectively, "the Williams Group"), by and through their selected counsel, hereby serve notice of the withdrawal of their previously filed Motion for Consolidation and Appointment as Lead Plaintiffs. The members of the Williams Group instead support the Motion for Appointment as Lead Plaintiffs filed by the Institutional Investors Group, due to the criteria set forth in the Private Securities Litigation Reform Act of 1995 and the fact that the Institutional Investors Group has a larger combined loss on Elan securities than the Williams Group. The Williams Group thus formally withdraws its Motion and respectfully requests that the Court appoint the Institutional Investors Group as Lead Plaintiffs in this action.

DATED: May 17, 2005                                              THE WILLIAMS GROUP


By:     _Peter A. Lagorio_

Peter A. Lagorio (BBO#567379)
63 Atlantic Avenue
Boston, MA 02110
Tel: (617) 367-4200
Fax: (617) 227-3384

Dennis J. Johnson, Esq.
Robin A. Freeman, Esq.
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05403
Tel: (802) 862-0030
Fax: (802) 862-0060


*Counsel to Plaintiffs*

## CERTIFICATE OF SERVICE

I, Peter A. Lagorio, do hereby certify that I have this day forwarded via first class mail, a true and correct copy of the above Notice upon the attorneys of record listed below.

Jules Brody, Esq.
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Marc A. Topaz, Esq.
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Andrei V. Rado, Esq.
Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza, 49th fl.
New York, NY 10119-0165

Clint Krislov, Esq.
Krislov & Associates, Ltd.
20 North Wacker Dr., Suite 1350
Chicago, IL 60606

David Pastor, Esq.
Gilman and Pastor, LLP
60 State Street, 37th Fl.
Boston, MA 02109

Nancy F. Gans, Esq.
Moulton & Gans, P.C.
33 Broad St., Suite 1100
Boston, MA 02109

Vincent R. Cappucci, Esq.
Entwistle & Cappucci LLP
299 Park Avenue
New York, NY 10171

Marvin A. Miller, Esq.
Miller Faucher and Cafferty LLP
30 N. Lasalle Street, Suite 3200
Chicago, IL 60602

Neil Rothstein, Esq.
Scott & Scott LLC
108 Norwich Avenue
Colchester, CT 06415

Bruce C. Howard, Esq.
Robert D. Allison & Associates
122 S. Michigan Ave., Suite 1850
Chicago, IL 60603

Justin S. Kudler
Schatz & Nobel, P.C.
330 Main Street
Hartford, CT 06106-1851

Dated: May 17, 2005

Peter A. Lagorio

3