## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

```
---------------------------------------------------x
WENDELL WILLIAMS, individually and            :
on behalf of all others similarly situated,   :     Case No. 05-CV-10413-JLT
                                              :
            Plaintiff,                        :
                                              :
v.                                            :
                                              :
ELAN CORPORATION, PLC, G. KELLY               :
MARTIN, LARS ECKMAN, and SHANE                :
COOKE,                                        :
            Defendants.                       :
---------------------------------------------------x
---------------------------------------------------x
SIDNEY D. FELDMAN FAMILY TRUST,               :
individually and on behalf of all others      :     Case No. 05-CV-10481-JLT
similarly situated,                           :
                                              :
            Plaintiff,                        :
                                              :
v.                                            :
                                              :
ELAN CORPORATION, PLC, G. KELLY               :
MARTIN, LARS ECKMAN, and SHANE                :
COOKE,                                        :
            Defendants.                       :
---------------------------------------------------x
```

**RESPONSE OF KYLE NEWCOMER TO COMPETING
MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**

Upon a review of the competing motions for appointment as lead plaintiff, movant Kyle Newcomer ("Newcomer") recognizes that other movants may have larger financial interests in the litigation. However, Mr. Newcomer is willing and ready to serve as lead plaintiff should he be needed. Mr. Newcomer requests that in the event the Court rejects the application of the larger movants, the Court grant his application for appointment as lead plaintiff and approve his selection of Schatz & Nobel, P.C. as Lead Counsel.

Dated: May 17, 2005                              Respectfully submitted,

                                                               **SCHATZ & NOBEL, P.C.**

                                                       By: /s/  Justin S. Kudler
                                                           Justin S. Kudler (BBO #644824)
                                                           **Schatz & Nobel, P.C.**
                                                           One Corporate Center
                                                           20 Church Street, Suite 1700
                                                           Hartford, Connecticut  06103
                                                           Tel.:   (860) 493-6292
                                                           Fax:   (860) 493-6290

                                                           Counsel for Proposed Lead Plaintiff
                                                           Kyle Newcomer

Of Counsel:
Andrew M. Schatz
Jeffrey S. Nobel
Nancy A. Kulesa
**SCHATZ & NOBEL, P.C.**
One Corporate Center
20 Church Street, Suite 1700

Hartford, Connecticut  06103
Tel.:  (860) 493-6292
Fax:   (860) 493-6290

———

CERTIFICATE OF SERVICE

    I hereby certify that this document was served via U.S. mail on this 17th day of May, 2005 on all parties not registered electronically.

                                                                                     /s/ NANCY A. KULESA