**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WENDEL WILLIAMS, Individually and on Behalf Of All Others Similarly Situated, </br></br>　　　　　　Plaintiff, </br></br>vs. </br></br>ELAN CORP., PLC et al., </br></br>　　　　　　Defendants. | Case No:1:05-CV-10413-JLT |
| SIDNEY D. FELDMAN FAMILY TRUST, Individually and on Behalf Of All Others Similarly Situated, </br></br>　　　　　　Plaintiff, </br></br>vs. </br></br>ELAN CORP., PLC et al., </br></br>　　　　　　Defendants. | Case No:1:05-CV-10481-JLT |

**PLAINTIFF WILLIAM HADDAD'S NOTICE OF WITHDRAWAL OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>SELECTION OF LEAD COUNSEL</u>**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　　PLEASE TAKE NOTICE that Plaintiff Class member William Haddad ("Haddad" or the "Movant") hereby withdraws without prejudice his prior Motion for an Order: (i) consolidating the Actions; (ii) appointing Movant as the Lead Plaintiff in the Actions; (iii) approving Movant's selection of Bull & Lifshitz, LLP and Shapiro Haber & Urmy LLP to serve as Lead and Liaison Counsel, respectively, for the Class, and (iv) granting any other such relief as the Court may deem just and proper.  In the event that the Court is unable or unwilling to appoint other parties and/or their counsel or record as Lead Plaintiffs and/or Lead Counsel, respectively, in the instant

cases, both Mr. Haddad and his counsel of record remain willing to serve or participate in the instant actions in a capacity deemed suitable by this Court.

DATED: May 18, 2005                              Respectfully submitted,

**/s/Theodore M. Hess-Mahan**
Thomas G. Shapiro BBO #454680
Theodore M. Hess-Mahan BBO #557109
Theodore M. HessMahan
SHAPIRO HABER & URMY LLP
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134

OF COUNSEL

BULL & LIFSHITZ, LLP
Peter D. Bull
Joshua M. Lifshitz
18 East 41st Street
New York, New York 10017
Telephone: (212) 213-6222
Fax: (212) 213-9405