## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WENDELL WILLIAMS, individually and On Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>ELAN CORPORATION, plc, )<br>G. KELLY MARTIN, LARS EKMAN, and )<br>SHANE COOKE, )<br><br>Defendants. ) | C.A. No. 05-10413 (JLT) |

## ASSENTED-TO MOTION
## TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Lars Ekman (the "Defendant") moves to extend his time to answer, move, or otherwise respond to the Complaint to a mutually agreed-upon time until after this Court shall appoint a lead plaintiff and a consolidated complaint is filed with the Court.

As grounds for his motion, Defendant submits that this schedule will streamline the resolution of this litigation and avoid unnecessary duplication of efforts.

The plaintiffs have agreed that this motion is made without prejudice to any or all rights or defenses that the Defendant has under law, including any and all jurisdictional defenses or claims for transfer to another judicial district, and that the filing of this motion shall not constitute a general appearance by the Defendant.

WHEREFORE, Defendant moves that his time to answer, move, or otherwise respond to the Complaint shall be extended to a mutually agreed-upon time until after the Court appoints a lead plaintiff and a consolidated complaint is filed with the Court.

| | |
|---|---|
| Dated: May 24, 2005 | LARS EKMAN |
| | By his attorneys, |
| |  /s/ Frances S. Cohen<br>DECHERT LLP<br>Frances S. Cohen (BBO#542811)<br>200 Clarendon Street, 27th Floor<br>Boston, MA 02116-5021<br>(617) 728-7100 |
| | SHEARMAN & STERLING LLP<br>Jaculin Aaron<br>Panagiotis Katsambas<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>(212) 848-4000 |
| | WENDELL WILLIAMS, Individually and on Behalf of All Others Similarly Situated |
| | By their attorneys, |
| |  /s/ Peter A. Lagorio<br>LAW OFFICES OF PETER A. LAGORIO<br>Peter A. Lagorio (BBO#567379)<br>63 Atlantic Avenue<br>Boston, MA 02110<br>(617) 367-4200 |
| | JOHNSON & PERKINSON<br>Dennis J. Johnson<br>Robin A. Freeman<br>1690 Williston Road<br>P.O. Box 2305<br>South Burlington, VT 05403<br>(802) 862-0030 |

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that counsel for Defendant Lars Ekman conferred with counsel for the Plaintiffs in a good faith effort to resolve or narrow the issues presented by this motion and counsel for the Plaintiffs has assented to this motion.

Dated: May 24, 2005                                /s/ Frances S. Cohen
                                                                                        Frances S. Cohen

**CERTIFICATE OF SERVICE**

I, Frances S. Cohen, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on this 24th day of May, 2005.
                                                                                                 /s/ Frances S. Cohen
                                                                                                 Frances S. Cohen