UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------X
WENDELL WILLIAMS, Individually and on Behalf of All Others Similarly Situated, :
:
: Case No. 1:05 CV 10413 (JLT)
Plaintiff, :
:
vs. :
:
ELAN CORP., PLC, G. KELLY MARTIN, LARS ECKMAN, AND SHANE COOKE, :
:
Defendants. :
:
------------------------------------------------------------------X

------------------------------------------------------------------X
SIDNEY D. FELDMAN FAMILY TRUST, Individually and on Behalf of All Others Similarly Situated, :
:
: Case No. 1:05 CV 10481 (JLT)
Plaintiff, :
:
vs. :
:
ELAN CORP., PLC, et al. :
:
Defendants. :
:
------------------------------------------------------------------X

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

00004835.WPD ; 1

| | |
|---|---|
| Dated: June 1, 2005 | Respectfully submitted, |
| | /s/ David Pastor_____ |
| | David Pastor (BBO # 391000) |
| | GILMAN AND PASTOR, LLP |
| | 60 State Street, 37th Floor |
| | Boston, MA 02109 |
| | Telephone: (617) 742-9700 |
| | Facsimile: (617) 742-9701 |
| | **Attorney for Plaintiffs** |