UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------x

| | |
|---|---|
| WENDELL WILLIAMS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELAN CORPORATION, PLC., G. KELLY MARTIN, LARS ECKMAN and SHANE COOKE,<br><br>Defendants. | Case No. 05-CV-10413 (JLT)<br><br>CLASS ACTION |
| SIDNEY D. FELDMAN FAMILY TRUST, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELAN CORPORATION, PLC., G. KELLY MARTIN, LARS ECKMAN and SHANE COOKE,<br><br>Defendants. | Case No. 05-CV-10481 (JLT)<br><br>CLASS ACTION |

[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION
OF LEAD COUNSEL

Upon consideration of the motions and supporting papers for consolidation, appointment of lead plaintiff and lead counsel in the above-captioned action and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**;

DOCS\279998v1                                  - 1 -

2. The above-captioned actions are **CONSOLIDATED** pursuant to Fed. R. Civ. P. 42(a);

3. MN Services, Activest Investmentgesellschaft mbH, Electronic Trading Group L.L.C., Third Millenium Trading, LLP, Horatio Capital LLC and Donald S. Frank are hereby **APPOINTED** to serve as Lead Plaintiff(s) in the consolidated action, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

4. The law firms of Milberg Weiss Bershad & Schulman LLP and Entwistle & Cappucci LLP are hereby **APPOINTED** to serve as Lead Counsel for the Class, and Moulton & Gans P.C. is appointed as Liaison Counsel, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

SO ORDERED.

DATED: 6/6, 2005

UNITED STATES DISTRICT JUDGE