UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
WENDELL WILLIAMS, individually and On )
Behalf of All Others Similarly Situated, )
                                                                            )
                Plaintiff, )
                                                                            )
- v. - ) C.A. No. 05-10413 (JLT)
                                                                            )
ELAN CORPORATION, plc, G. KELLY MARTIN, )
LARS EKMAN, and SHANE COOKE, )
                                                                            )
              Defendants. )
_____)

## STIPULATION

WHEREAS, by Order of the Court dated June 6, 2005, (i) the following securities class actions were consolidated before this Court under the above-captioned action; (ii) MN Services, Activest Investmentgesellschaft mbH, Electronic Trading Group L.L.C., Third Millenium Trading, LLP, Horatio Capital LLC, and Donald Frank (collectively, the "Institutional Investors Group") were appointed as Lead Plaintiff; (iii) the law firms of Milberg Weiss Bershad & Schulman LLP and Entwistle & Cappucci LLP were appointed as Lead Counsel for the Class; and (iv) the law firm of Moulton & Gans P.C. was appointed as Liaison Counsel:

| **Abbreviated Case Name** | **Civil Case No.** |
| --- | --- |
| *Feldman Family Trust v. Elan Corporation, et al.* | 05-CV-10481 (JLT) |
| *Williams v. Elan Corporation, et al.* | 05-CV-10413 (JLT) |

WHEREAS the following securities class actions are pending before the United States District Court for the Southern District of New York:

| **Abbreviated Case Name** | **Civil Case No.** |
| --- | --- |
| *Barnett, et al. v. Elan Corporation, et al.* | 05-CV-2860 (RJH) |
| *Malloff, et al. v. Elan Corporation, et al.* | 05-CV-3166 (RJH) |

WHEREAS the Institutional Investors Group has filed a motion to consolidate the cases pending in the Southern District of New York and to be appointed Lead Plaintiff;[1]

WHEREAS Lead Plaintiff and Defendants agree that for reasons of judicial efficiency, the action in this Court should be transferred to the Southern District of New York and be consolidated with the actions pending in that District.

NOW THEREFORE, Counsel for Lead Plaintiff and Counsel for Defendants agree that the above-captioned action will be transferred to the Southern District of New York and be consolidated with the actions pending in that District.

Dated: July 1, 2005

| | |
|---|---|
| /s/  Frances S. Cohen | /s/  Nancy Freeman Gans |
| DECHERT LLP | MOULTON & GANS P.C. |
| Frances S. Cohen (BBO#542811) | Nancy Freeman Gans (BBO#184540) |
| 200 Clarendon Street, 27th Floor | 33 Broad Street, Suite 1100 |
| Boston, MA 02116-5021 | Boston, MA 02109 |
| (617) 728-7100 | (617) 369-7979 |
| | *Liaison Counsel* |
| SHEARMAN & STERLING LLP | |
| Stuart J. Baskin | MILBERG WEISS BERSHAD & SCHULMAN LLP |
| Jaculin Aaron | Steven G. Schulman |
| Panagiotis Katsambas | Peter E. Seidman |
| 599 Lexington Avenue | One Pennsylvania Plaza |
| New York, NY 10022-6069 | New York, NY 10019 |
| (212) 848-4000 | (212) 594-5300 |
| *Counsel for Defendant Elan Corporation, plc, G. Kelly Martin, Lars Ekman, and Shane Cooke* | |
| | ENTWISTLE & CAPPUCCI LLP |
| | Vincent R. Cappucci |
| | Stephen D. Oestreich |
| | Robert N. Cappucci |
| | 299 Park Avenue |
| | New York, NY 10171 |
| | *Counsel for Lead Plaintiff the Institutional Investors Group* |

---

[1] Defendants take no position with respect to the appointment of Lead Plaintiffs and Lead Counsel and the application of this Court's Order in the actions pending in the Southern District of New York. Rather, Defendants expressly reserve all rights and defenses, including, without limitation, their right to challenge at the appropriate time for class certification, the suitability of any plaintiff as a class representative and the adequacy of class counsel.