**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
WENDELL WILLIAMS, individually and On )
Behalf of All Others Similarly Situated, )
 )
            Plaintiff, )
 )
   - v. - )  C.A. No. 05-10413 (JLT)
 )
ELAN CORPORATION, plc, G. KELLY MARTIN,)
LARS EKMAN, and SHANE COOKE, )
 )
          Defendants. )
_____)

**JOINT MOTION OF PLAINTIFF AND DEFENDANTS TO**
**TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

WHEREAS, by Order of the Court dated June 6, 2005, (i) the following securities class actions

were consolidated before this Court under the above-captioned action; (ii) MN Services, Activest

Investmentgesellschaft mbH, Electronic Trading Group L.L.C., Third Millenium Trading, LLP, Horatio

Capital LLC, and Donald Frank (collectively, the "Institutional Investors Group") were appointed as Lead

Plaintiff; (iii) the law firms of Milberg Weiss Bershad & Schulman LLP and Entwistle & Cappucci LLP

were appointed as Lead Counsel for the Class; and (iv) the law firm of Moulton & Gans P.C. was

appointed as Liaison Counsel:

| Abbreviated Case Name | Civil Case No. |
|---|---|
| _Feldman Family Trust v. Elan Corporation, et al._ | 05-CV-10481 (JLT) |
| _Williams v. Elan Corporation, et al._ | 05-CV-10413 (JLT) |

WHEREAS, by Order of the Court for the United States District Court for the Southern District

of New York dated August 4, 2005, (i) the following securities class actions were consolidated before that

Court; (ii) MN Services, Activest Investmentgesellschaft mbH, Electronic Trading Group L.L.C., Third

Millenium Trading, LLP, Horatio Capital LLC, and Donald Frank (collectively, the "Institutional

Investors Group") were appointed as Lead Plaintiff; and (iii) the law firms of Milberg Weiss Bershad &

Schulman LLP and Entwistle & Cappucci LLP were appointed as Lead Counsel for the Class[1]:

| Abbreviated Case Name | Civil Case No. |
|---|---|
| *Barnett, et al. v. Elan Corporation, et al.* | 05-CV-2860 (RJH) |
| *Malloff, et al. v. Elan Corporation, et al.* | 05-CV-3166 (RJH) |

WHEREAS Lead Plaintiff and Defendants agree that "[f]or the convenience of parties and

witnesses, [and] in the interest of justice," the action in this Court should be transferred to the Southern

District of New York and be consolidated with the actions pending in that District. See 28 U.S.C. §

1404(a).

NOW THEREFORE, Counsel for Lead Plaintiff and Counsel for Defendants respectfully request

that this Court enter an order transferring the above-captioned action to the Southern District of New

York for consolidation with the actions pending in that District.

Dated:  August 18, 2005


 /s/  Frances S. Cohen
DECHERT LLP
Frances S. Cohen (BBO#542811)
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021
(617) 728-7100

SHEARMAN & STERLING LLP
Stuart J. Baskin
Jaculin Aaron
Panagiotis Katsambas
599 Lexington Avenue
New York, NY 10022-6069
(212) 848-4000
*Counsel for Defendant Elan Corporation, plc,*
*G. Kelly Martin, Lars Ekman, and Shane Cooke*

 /s/  Nancy Freeman Gans
MOULTON & GANS P.C.
Nancy Freeman Gans (BBO#184540)
33 Broad Street, Suite 1100
Boston, MA 02109
(617) 369-7979
*Liaison Counsel*

MILBERG WEISS BERSHAD & SCHULMAN LLP
Sanford P. Dumain
Richard H. Weiss
One Pennsylvania Plaza
New York, NY 10019
(212) 594-5300

ENTWISTLE & CAPPUCCI LLP
Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci

---

[1]    Unaware of the parties' Stipulation regarding the most convenient forum for litigating this matter, Judge Richard J. Holwell also directed the parties to submit additional briefing on this issue in his August 4, 2005 Order.  Contemporaneous with this filing, the parties are advising Judge Holwell of the parties' agreement on this issue as set forth in this joint motion.  See Letter to Judge Holwell attached as Exhibit A.

299 Park Avenue
New York, NY 10171
(212) 894-7200
*Counsel for Lead Plaintiff the Institutional Investors Group*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for the parties have conferred in a good faith effort to resolve or narrow the issues presented by this motion and counsel for the parties have assented to this motion.

Dated:  August 18, 2005

/s/ Frances S. Cohen
Frances S. Cohen

## CERTIFICATE OF SERVICE

I, Frances S. Cohen, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on this 18th day of August, 2005.

/s/ Frances S. Cohen
Frances S. Cohen



MILBERG WEISS

Richard H. Weiss
Direct Dial: 212-946-9304
rweiss@milbergweiss.com

August 18, 2005

VIA HAND DELIVERY

Honorable Richard J. Holwell
United States District Court Judge
United States  Courthouse
500 Pearl Street, Room 1950
New York, New York  10007-1312

Re:    *In re Elan Corp. Securities Litig.*, Master File No. 05 Civ. 2860 (RJH)

Dear Judge Holwell:

        We represent the Lead Plaintiff in this action, and we write regarding your August 4, 2005 Order directing the parties to submit briefing as to why this case should not be transferred to the District of Massachusetts and consolidated with the similar actions pending in that District.

        On July 1, 2005, prior to the issuance of your Order, the parties had submitted to Judge Tauro in the District of Massachusetts the attached stipulation requesting that the pending actions be transferred to the Southern District of New York, pursuant to 28 U.S.C. §1404(a).  The parties agreed that the case can more conveniently be litigated in this District because Elan has offices in New York and all counsel are located here.  Pursuant to the instructions of Judge Tauro's Chambers, to effectuate the previously-filed stipulation, the parties are filing the attached motion in the District of Massachusetts today.

        As you noted in your Order, transfers pursuant to §1404 are usually initiated by the parties.  In light of the parties' pending request before Judge Tauro to transfer the Massachusetts actions to this Court, we do not know whether you believe further briefing on the issue would be helpful.  We are, of course, prepared to submit briefing to you by the September 15, 2005

Milberg Weiss Bershad & Schulman LLP
One Pennsylvania Plaza · New York, NY 10119 · 212-594-5300 · Fax 212-868-1229 · www.milbergweiss.com

Judge Richard J. Holwell
August 18, 2005
Page 2

deadline you set in your Order; however, if you believe that you now have sufficient information, we respectfully request that you inform the parties that additional briefing is no longer necessary.

Respectfully,

Richard H. Weiss
MILBERG WEISS BERSHAD
  & SCHULMAN LLP

Vincent Cappucci
ENTWISTLE & CAPPUCCI, LLP

RHW:reg
Enclosure

cc:    Judge Joseph L. Tauro (without enclosures)
       Panagiotis Katsambas, Esq. (without enclosures)

Milberg Weiss Bershad & Schulman LLP

DOCS\303495v1