UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Clerk's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma 02210
617-748-9152

| | | | |
|---|---|---|---|
| TO: | Mr. John Michael McMahon, Clerk<br>United States District Court<br>120 Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl Street<br>New York, NY 10007-1312 | Our Case No.:<br><br><br>Case Caption:<br><br>AND | 05-cv-10481 JLT,<br>AND  05-cv-10413 JLT<br><br>Feldman Family Trust v. Elan<br>Corporation et al,<br><br>Williams v. Elan Corp. et al |

Please be advised that this case has been transferred to: <u>US District Court, Southern District of New York</u>
Attached please find a copy of the INTERNAL docket sheet and a copy of the transfer order.
Following are instructions for retrieving the electronic case filings:

- Go to the Court's web site - www.mad.uscourts.gov
- Select Case Information and Click on CM/ECF - Pacer System
- At login type: your court's PACER login and password
  - Skip "Client Code". Click login

- Once you are into CM/ECF, to print the public docket sheet click:
  - Reports, Docket Sheet, Type in Case number and Run Report and then print

- To save the docket as a PDF file, go to print and change the printer to Acrobat Writer/Distiller and save as a PDF file to be retrieved later.

- To print each item on the docket sheet click on the underlined document number and print.

- To save a copy of the document to add to your docket, click on the disk icon on the menu bar under the blue CM/ECF menu bar and save as a PDF file in a folder to be retrieved later.
  - If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. The entry will be just what is printed on the docket sheet.

NOTE: ONCE YOU HAVE RETRIEVED THE NECESSARY INFORMATION PLEASE

E-mail me at kimberly_abaid@mad.uscourts.gov    with your court's case information.

 Thank You

                                                             By:    /s/ Kimberly M. Abaid
Date: August 30, 2005                                        Deputy Clerk